AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JUAN-PABLO MEJIA <br><br> *Plaintiff(s)* <br> v. <br><br> ON THE MAP, INC. <br> d/b/a ON THE MAP MARKETING, <br> CLOUD EQUITY GROUP, LLC, AND <br> RICHARD D. HOSKINS <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-CV-20744 SINGHAL |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Hoskins
110 LISBON CT
ISLAMORADA, FL 33036-4127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/05/2026

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

JUAN-PABLO MEJIA

*Plaintiff(s)*

v.  Civil Action No. 1:26-CV-20744 SINGHAL

ON THE MAP, INC.
d/b/a ON THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC, AND
RICHARD D. HOSKINS

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cloud Equity Group, LLC
14 Wall Street, 20th Floor
New York, New York 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/05/2026

Angela E. Noble
Clerk of Court



SUMMONS

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JUAN-PABLO MEJIA <br><br> *Plaintiff(s)* <br> v. <br><br> ON THE MAP, INC. <br> d/b/a ON THE MAP MARKETING, <br> CLOUD EQUITY GROUP, LLC, AND <br> RICHARD D. HOSKINS <br> *Defendant(s)* | Civil Action No. 1:26-CV-20744 SINGHAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ON THE MAP, INC.
c/o Richard D. Hoskins, its Registered Agent
7301 NW 36th Court
Miami, Florida 33147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/05/2026

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts