

**Date: 3/18/24**
**RE: Salary Increase**
**To: Juan Mejia**

---

We are pleased to offer you an increase in salary of $10,000. The following is a reiteration of specifics for your role.

**A) Reporting:** You will report directly to **SEO Director (Victor Perez).**

**B) Compensation & Date:** Updated base salary of **$42k/year**, paid on the 1st and the 15th of each month. Starting **June 15th, 2024**.

**C) Additional Benefits:** OTM offers health insurance. In addition, we do yearly team retreats. Continued education courses (based on your role and needs). Unlimited PTO, take time-off at your own discretion while managing and delegating the high-importance workload.

**D) Hours:** Monday through Friday from 9:00am to 5:00pm.

**E) Confidential Information:** You covenant and agree that You shall regard all items of information or data constituting a Trade Secret or Confidential Information of OTM as strictly confidential and wholly owned by OTM, which information includes but is not limited to: all customer lists and all customer relationship management software and information contained therein; all internal databases and associated search tools; all general correspondence concerning OTM; all electronic data processing, word processing, and/or computer programs, runs, and other electronic products and records generated by OTM; all documents describing procedures or methods employed by OTM in soliciting, procuring and handling business; and all agreements and understandings between or among OTM and other entities or persons. The Confidential Information is and shall remain the property of OTM. You covenant and agree that You will not directly or indirectly access, copy, exfiltrate or disclose any such information for any purpose other than executing the duties hereunder. Any request for confidential information or access to confidential information from any outside parties, known or unknown, including former team members, contractors, employees, officers, members, or affiliates of OTM shall be immediately reported to OTM.  Any direct or indirect attempt to access computers, systems, applications, servers, workstations, databases, accounting systems, network infrastructure, software, programs, CRM and any documentation, data or property contained within or in connection with the same for any purpose other than executing Your duties to OTM shall constitute a material breach of this agreement and OTM shall be entitled to seek legal and equitable relief.

Address:  200 SE 1st Street,
Suite 502, Miami, FL 33131
Phone: **(305) 928-7260**

  



**F) Ownership:** All deliverables, ideas, inventions, improvements, methods, processes, works of authorship and other forms of intellectual property that the Contractor conceives, reduces to practice or develops during the term of the Agreement, alone or in conjunction with others, in connection with the performance of the Services, including designs, data, software code, ideas, inventions, know-how, materials, marks, methods, procedures, tools, interfaces, and other forms of technology as well as any intellectual property rights of any kind therein (collectively, the "Work Product"), will be the sole and exclusive property of the OTM. Any and all elements of the Work Product that are works of authorship eligible to be "works made for hire" under the U.S. Copyright Act shall be considered works made for hire with the Company as "author." You hereby irrevocably assign to OTM all rights, title and interest worldwide in and to the Work Product and all intellectual property rights therein.

G) **Non-Solicitation; Non-Circumvention:** As a material consideration between You and OTM for your employment with OTM, You covenant and agree that, unless given express prior written consent by OTM, You shall not be involved directly or indirectly in any businesses, ventures, deals or any other transactions with any of OTM's employees or independent contractors that compete with OTM's business in any way, you will not solicit any personnel of OTM on behalf of You or any other business enterprise, and further agrees not to induce any customer, service provider, business affiliate, employee or independent contractor associated with OTM to terminate or breach an employment, contractual or other relationship with OTM. This provision shall be effective immediately, shall survive the termination or expiration of the entire agreement and shall remain effective for a period of two (2) years following the date of termination or expiration of this agreement.  You acknowledge that Your obligations hereunder are unique and that OTM is entitled to seek all damages and equitable remedies and shall not be required to post a bond to obtain equitable relief.

H**) Non-Disclosure:** You covenant and agree that You will not, for any reason or in any manner, either directly or indirectly, use, sell, lend, lease, distribute, license, give, transfer, assign, show, disclose, disseminate, reproduce, copy, appropriate, or otherwise communicate any Trade Secret or Confidential Information or any other information of OTM to any person or entity for any purpose other than with the written permission of OTM. With regard to each item of information or data constituting a Trade Secret, the covenant in the immediately preceding sentence shall apply at all times and for as long after the cessation of this Agreement as such item continues to constitute a trade secret under applicable law, and with regard to any Confidential Information, the covenant in the immediately preceding sentence shall apply at all times and for two (2) years after the termination this Agreement. You shall immediately return to OTM all tangible material embodying or based on any Confidential Information or Trade Secret as defined hereunder, in whatever form of






storage or retrieval, upon the earlier of (i) the termination of this Agreement; or (ii) at such time as OTM may so request. OTM shall not be required to post a bond to obtain equitable relief.

J**) Resignation or Termination:** In the event of your resignation or termination from OTM, You shall only be entitled to commissions as based upon the final date of your employment.

K**) Venue:** This document shall be interpreted and enforced in accordance with the laws of the State of Florida and all disputes arising from or related to this Agreement shall be commenced and held in Miami-Dade County, Florida, and You and OTM waive the right to a jury trial with respect to any disputes arising from or related to this Agreement.

Sign:_____*[signature: Juan Mejia]*_____  Date__4/10/24_____

Print Name____Juan Mejia_____

