UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,

    Plaintiff,

vs.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP MARKETING,
and CLOUD EQUITY GROUP, LLC,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF STRIKING
## PLAINTIFF'S AMENDED COMPLAINT [ECF NO. 7]
## AND NOTICE OF FILING [ECF NO. 8]

    Plaintiff, Juan-Pablo Mejia, notices the Court and all parties of the Striking of the Verified Amended Complaint [ECF No. 7] and Notice of Filing Proposed Summons(es) [ECF No. 8], pending appearance of Defendant, Cloud Equity Group, LLC, in this action.

    Respectfully submitted this 18th day of February 2026.

                                        s/Samuel G. Gonzalez, Esq
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        Samuel G. Gonzalez, Esq. (1011323)
                                        samuel@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, Florida 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff*