UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20744-CIV-SINGHAL

JUAN-PABLO MEJIA,

     Plaintiff,

v.

ON THE MAP, INC.
d/b/a ON THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC, AND
RICHARD D. HOSKINS,

     Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Notice of Disassociation of Samuel G. Gonzalez, Esq. as Counsel for Plaintiff (the "Notice") (DE [11]).  The Court having considered the Notice and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Samuel G. Gonzalez, Esq. shall be relieved of all further responsibilities related to this matter and shall be removed from the service list. Attorney Brian H. Pollock, Esq. of FairLaw Firm continues to represent Plaintiff.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of April 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF