UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20744-CIV-SINGHAL

JUAN-PABLO MEJIA,

     Plaintiff,

v.

ON THE MAP, INC.
d/b/a ON THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC, AND
RICHARD D. HOSKINS,

     Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** has come before the Court on a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on February 4, 2026, and to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. In fact, summons have not yet been issued. (DE [10]). It is therefore

**ORDERED AND ADJUDGED** that on or before **May 5, 2026**, Plaintiff shall perfect service upon Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by May 5, 2026, will result in a dismissal of this action without prejudice and without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of April 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE