UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,

      Plaintiff,

vs.

ON THE MAP, INC.
d/b/a ON THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC, and
RICHARD D. HOSKINS,

      Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Juan-Pablo Mejia, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 5th day of May 2026,

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm