## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-20744-AHS

Plaintiff:
**JUAN-PABLO MEJIA**

vs.

Defendant:
**ON THE MAP, INC. d/b/a ON THE MAP MARKETING, CLOUD EQUITY GROUP, LLC, AND RICHARD D. HOSKINS**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 5th day of February, 2026 at 10:09 am to be served on **ON THE MAP, INC. c/o Richard D. Hoskins, its Registered Agent, 7301 NW 36th Court, Miami, FL 33147**.

I, Joseph Onega, do hereby affirm that on the **17th day of February, 2026** at **2:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Richard D. Hoskins, as Registered Agent,** for ON THE MAP, INC. c/o Richard D. Hoskins, its Registered Agent, at the address of: **7301 NW 36th Court, Miami, FL 33147**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Red, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861, SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000130

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e