Attorney: FAIRLAW FIRM Address: 135 SAN LORENZO AVENUE, STE#770 CORAL GABLES, FL 33146 **Job #:** 1626518

# AFFIRMATION OF NON SERVICE

Client's File No.: mejia vs. on the

INDEX NO.: 1:26-CV-20744

COUNTY OF SOUTHERN



JUAN PABLO MEJIA

*vs*

*Plaintiff*

ON THE MAP INC DBA ON THE MAP MARKETING, CLOUD EQUITY GROUP LLC AND RICHARD D. HOSKINS

*Defendant*

The undersigned affirms and says: that affirmant is not a party to this action, is over 18 years of age and resides in the State of New York . That on the following date: 4/15/2026 , at the following time: 7:46 PM , at 56 LEONARD STREET, #21AE , NEW YORK , NY 10013 , affirmant attempted to serve the within
SUMMONS IN A CIVIL ACTION - COMPLAINT

upon CLOUD EQUITY GROUP LLC C/O SEAN FRANK, REGISTERED AGENT
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
56 LEONARD STREET. #21AE . NEW YORK . NY 10013
affirmant was unable to effect process upon the person being served because of the following reason(s):

| | | | |
|---|---|---|---|
| ☐ | unknown at address | ☐ | house/building vacant |
| ☐ | moved, left no forwarding | ☐ | address does not exist |
| ☐ | evading | ☐ | service canceled by litigant |
| ☐ | unable to serve in timely fashion | ☐ | no other occupants / tenants over 18 years of age |
| ☒ | Other: DOORMAN CALLED UP AND HE WAS NOT IN THE OFFICE ON ALL ATTEMPTS. | | |

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 03/25/2026 | 12:26 PM | 56 LEONARD STREET. #21AE . NEW YORK . NY 10013 |
| 04/08/2026 | 9:10 PM | 56 LEONARD STREET. #21AE . NEW YORK . NY 10013 |

I affirm on 04/30/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Christopher Crespo
DCA License #

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

Attorney: FAIRLAW FIRM **Address:** 135 SAN LORENZO AVENUE, STE#770 CORAL GABLES, FL 33146 **Job #:** 1623802

# AFFIRMATION OF NON SERVICE

Client's File No.: mejia vs. on the

INDEX NO.: 1:26-CV-20744

COUNTY OF SOUTHERN



JUAN PABLO MEJIA

*vs*

*Plaintiff*

ON THE MAP INC DBA ON THE MAP MARKETING, CLOUD EQUITY GROUP LLC AND RICHARD D. HOSKINS

*Defendant*

The undersigned affirms and says: that affirmant is not a party to this action, is over 18 years of age and resides in the State of <u>New York</u> . That on the following date: <u>3/5/2026</u> , at the following time: <u>11:37 AM</u> , at <u>14 WALL STREET, 20TH FLR , NEW YORK , NY 10005</u> , affirmant attempted to serve the within

SUMMONS IN A CIVIL ACTION - COMPLAINT

upon   CLOUD EQUITY GROUP LLC

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

14 WALL STREET, 20TH FLR , NEW YORK , NY 10005

affirmant was unable to effect process upon the person being served because of the following reason(s):

☐ unknown at address

☐ moved, left no forwarding

☐ evading

☐ unable to serve in timely fashion

☐ house/building vacant

☐ address does not exist

☐ service canceled by litigant

☐ no other occupants / tenants over 18 years of age

☒ Other: NO ONE EVER HERE TO ACCEPT DOCUMENTS

## ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 02/19/2026 | 1:12 PM | 14 WALL STREET. 20TH FLR . NEW YORK . NY 10005 |
| 02/25/2026 | 2:50 PM | 14 WALL STREET. 20TH FLR . NEW YORK . NY 10005 |

I affirm on 03/09/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*C C*

Christopher Crespo
DCA License # 2119895-DCWP

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*