# AFFIRMATION OF NON SERVICE

Client's File No.: mejia vs. on the

INDEX NO.: 1:26-CV-20744
COUNTY OF SOUTHERN

JUAN PABLO MEJIA

*vs*

*Plaintiff*

ON THE MAP INC DBA ON THE MAP MARKETING, CLOUD EQUITY GROUP LLC AND RICHARD D. HOSKINS

*Defendant*

The undersigned affirms and says: that affirmant is not a party to this action, is over 18 years of age and resides in the State of  New York . That on the following date: 05/04/2026 , at the following time: 11:31 AM ,
at 14 WALL STREET, 20TH FLR , NEW YORK , NY 10005  , affirmant attempted to serve the within
SUMMONS IN A CIVIL ACTION - COMPLAINT

upon  CLOUD EQUITY GROUP LLC
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
14 WALL STREET, 20TH FLR , NEW YORK , NY 10005
affirmant was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: DOORMAN SAID THE FLOOR IS A REGIS FLOOR  MEANING THERE ARE MULTIPLE OFFICES ALL ON THE SAME FLOOR. THEY DO NOT ALLOW PROCESS SERVERS UP TO ANY REGIS FLOOR

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 05/04/2026 | 11:31 AM | 14 WALL STREET, 20TH FLR , NEW YORK , NY 10005 |

I affirm on 05/05/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

C C

Christopher Crespo
DCA License # 2119895-DCWP