AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>JUAN-PABLO MEJIA</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td rowspan="2"></td></tr>
<tr><td> <i>Plaintiff(s)</i> v.<br><br>ON THE MAP, INC.<br>d/b/a ON THE MAP MARKETING,<br>CLOUD EQUITY GROUP, LLC, and<br>RICHARD D. HOSKINS<br> <i>Defendant(s)</i> </td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td></tr>
</table>

Civil Action No. 1:26-cv-20744-AHS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Cloud Equity Group, LLC
c/o New York Secretary of State
One Commerce Plaza
99 Washington Avenue, 6th Floor
Albany, NY 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 20, 2026

Angela E. Noble
Clerk of Court

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts