UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,

      Plaintiff,

vs.

ON THE MAP, INC. D/B/A ON
THE MAP MARKETING, CLOUD
EQUITY GROUP, LLC, and
RICHARD D. HOSKINS,

      Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF NON-SERVICE AS TO DEFENDANT, CLOUD EQUITY GROUP, LLC

Plaintiff, Juan-Pablo Mejia, by and through undersigned counsel, hereby files the Return of Non-Service as to Defendant, Cloud Equity Group, LLC, reflecting an unsuccessful attempt to effectuate service upon Cloud Equity Group, LLC through the New York Secretary of State on May 21, 2026, which was rejected on the grounds that the New York Secretary of State only accepts service for New York State cases.

Respectfully submitted this 5th day of June 2026,

                    s/ Patrick Brooks LaRou
                    Brian H. Pollock, Esq. (174742)
                    brian@fairlawattorney.com
                    Patrick Brooks LaRou, Esq. (1039018)
                    brooks@fairlawattorney.com
                    FAIRLAW FIRM
                    135 San Lorenzo Avenue, Suite 770
                    Coral Gables, Florida 33146
                    Telephone: (305) 230-4884
                    *Counsel for Plaintiff*