Attorney: FAIRLAW FIRM Address: 135 SAN LORENZO AVENUE, STE#770 CORAL GABLES, FL 33146    Job #: 1635125

# AFFIRMATION OF NON SERVICE

Client's File No.: mejia vs. on the

INDEX NO.: 1:26-CV-20744

COUNTY OF SOUTHERN



JUAN PABLO MEJIA

*Plaintiff*

*vs*

ON THE MAP INC DBA ON THE MAP MARKETING, CLOUD EQUITY GROUP LLC AND RICHARD D. HOSKINS

*Defendant*

The undersigned affirms and says: that affirmant is not a party to this action, is over 18 years of age and resides in the State of <u>New York</u> . That on the following date: <u>05/21/2026</u> , at the following time: <u>11:08 AM</u> , at <u>99 WASHINGTON AVE., ALBANY , NY  12231</u>  , affirmant attempted to serve the within
SUMMONS IN A CIVIL ACTION - COMPLAINT

upon  CLOUD EQUITY GROUP LLC

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

99 WASHINGTON AVE.. ALBANY . NY  12231

affirmant was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: NY SECRETARY OF STATE ONLY ACCEPTS SERVICES FOR NEW YORK STATE CASES/

## ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|------|------|-------|
|  |  |  |

I affirm on 05/26/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nathaniel Crespo
DCA License #

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*