UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,

       Plaintiff,

vs.

ON THE MAP, INC.
d/b/a ON THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC, and
RICHARD D. HOSKINS,

       Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO AUTHORIZE ALTERNATE SERVICE ON DEFENDANT CLOUD EQUITY GROUP, LLC

THIS CAUSE came before the Court on Plaintiff Juan-Pablo Mejia's Motion to Authorize Alternate Service on Defendant Cloud Equity Group, LLC [ECF No. 22] (the "Motion"). The Court, having reviewed the Motion, the supporting exhibits, and the record in this case, and being otherwise duly advised in the premises, finds that Plaintiff has demonstrated, through diligent and exhaustive efforts spanning more than three months, an inability to effectuate personal service on Cloud Equity Group, LLC through conventional means, and that the proposed alternate methods of service are reasonably calculated to provide Cloud Equity Group, LLC with constitutionally adequate notice of this action. It is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.     The Motion is **GRANTED.**

    2.     Plaintiff is authorized to effect alternate service on Defendant Cloud Equity Group, LLC pursuant to Federal Rules of Civil Procedure 4(h)(1)(A) and 4(e)(1), Florida Statutes §

48.102, and New York Civil Practice Law and Rules § 311-a(b), by the following methods:

(a) **Email Service**: Plaintiff may serve the summons, Complaint, and a copy of this Order on Cloud Equity Group, LLC by transmitting those documents by email to sfrank@cloudequitygroup.com, the publicly advertised business email address of Sean Frank, Cloud Equity Group, LLC's founder, managing partner, and registered agent;

(b) **Certified and First-Class Mail**: Plaintiff may serve the summons, Complaint, and a copy of this Order on Cloud Equity Group, LLC by certified mail, return receipt requested, and by first-class U.S. mail to:

    i.    Cloud Equity Group, LLC's registered office and address for service of process at 14 Wall Street, 20th Floor, New York, New York 10005; and

    ii.    The residential address of Cloud Equity Group, LLC's registered agent and managing partner, Sean Frank, at 56 Leonard Street, Unit 21AE, New York, New York 10013; and/or

(c) **Supplemental Service**: If the Court determines additional measures are necessary, Plaintiff is authorized to effect supplemental service by posting the summons, Complaint, and this Order at the registered office located at 14 Wall Street, 20th Floor, New York, New York 10005, and/or at 56 Leonard Street, Unit 21AE, New York, New York 10013, together with mailing copies of those documents to the same addresses.

3. Service shall be deemed complete upon Plaintiff's transmission of the authorized email(s) and/or mailing of the authorized service packets pursuant to paragraph 2 above.

4. Plaintiff shall file proof of service within seven (7) days of completing service

under this Order, including any email transmission confirmations, certified mail receipts, and/or affidavits of service by mail.

     5.    The deadline for Plaintiff to complete service on Defendant Cloud Equity Group, LLC under Federal Rule of Civil Procedure 4(m) is hereby **extended for thirty (30) days** from the date of this Order.

     DONE AND ORDERED in Chambers on this _____ day of June 2026.

_____

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*