An official website of New York State.
Here's how you know ⌄



🔍

# Department of State
## Division of Corporations

## Entity Information

Return to Results   Return to Search

### Entity Details   ⌃

**ENTITY NAME:** CLOUD EQUITY GROUP, LLC

**DOS ID:** 4502714

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 12/18/2013

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 12/18/2013

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 12/31/2027

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

‹   ENTITY DISPLAY   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** C/O SEAN FRANK

**Address:** 14 WALL STREET 20TH FLOOR, FLOOR 20, NEW YORK, NY, UNITED STATES, 10005

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**  SEAN FRANK

**Address:**  14 WALL STREET 20TH FLOOR, NEW YORK, NY, 10005

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:**  NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies App Directory Counties Events Programs Services