**From:** Dan Crespo dan@ppservers.com
**Subject:** RE: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS
**Date:** May 26, 2026 at 8:58 AM
**To:** Juan Aragon juan@fairlawattorney.com
**Cc:** Brooks LaRou brooks@fairlawattorney.com, Brian H. Pollock brian@fairlawattorney.com, Gretchen Palma gretchen@ppservers.com

DC

Good morning,

Please find attached the affirmation of Non-service along with the invoice for the service.

Best Regards,
Dan Crespo

Preferred Process Servers Inc

166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**You can always check the status of your cases on our website** http://preferred.lookupstatus.com

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Friday, May 22, 2026 5:36 PM
**To:** Dan Crespo <dan@ppservers.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Brian H. Pollock <brian@fairlawattorney.com>; Gretchen Palma <gretchen@ppservers.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good afternoon,

Could you please send us the return for non-service regarding the service attempt on the SOS?

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com


On Thu, May 21, 2026 at 12:09 PM Dan Crespo <dan@ppservers.com> wrote:

> Good afternoon,
>
> My server was just attempted to serve the NY Sec of State. They told him they do not accept any out of state cases. They have not documentation. Wish I had better news.
>
> Best Regards,
> Dan Crespo
>
> Preferred Process Servers Inc
>
> 166-06 24th Road, LL
> Whitestone, NY 11357

718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**You can always check the status of your cases on our website** http://preferred.lookupstatus.com

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Wednesday, May 20, 2026 4:22 PM
**To:** Dan Crespo <dan@ppservers.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Brian H. Pollock <brian@fairlawattorney.com>; Gretchen Palma <gretchen@ppservers.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Hi Dan,

Perfect, thank you for confirming. I have checked the "Drawdown Account" box on the attached Cover Sheet and left the account name blank for you to fill in.

Please proceed with sending this up to your Albany agent for personal service on the NY Secretary of State.

**Attached please find the final service packet:**

1. The completed NY DOS Service of Process Cover Sheet (with the Cloud Equity Group, LLC entity search page attached).
2. The Issued Summons for Cloud Equity Group, LLC.
3. The Original Complaint (ECF No. 1).

As a reminder, the DOS requires **two (2) complete copies** of the Summons and Complaint for the drop-off.

**We have a strict Court-ordered deadline to complete this service and file the proof with the Court by June 5, 2026**, so please let us know as soon

as the drop-off is complete so we can file the return.

Thank you for your help!


Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com


On Wed, May 20, 2026 at 2:03 PM Dan Crespo <dan@ppservers.com> wrote:

Good afternoon,

I do not have that information. My server in Albany who gave me the information. If you want us to serve we will take it there. We use our draw down account for the fee. Send it over and I will fill in my account name on it and send it up.

Best Regards,
Dan Crespo

Preferred Process Servers Inc

166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**You can always check the status of your cases on our website** http://preferred.lookupstatus.com

---

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Wednesday, May 20, 2026 3:53 PM
**To:** Dan Crespo <dan@ppservers.com>
**Cc:** Juan Aragon <juan@fairlawattorney.com>; Brian H. Pollock <brian@fairlawattorney.com>; Gretchen Palma <gretchen@ppservers.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Hi Dan,

Thank you for the quick response.

My understanding is that the New York Secretary of State accepts service of process for domestic New York LLCs and authorized foreign LLCs pursuant to N.Y. Limited Liability Company Law § 303, including in actions pending outside New York.

Specifically, LLC Law § 303(a) designates the New York Secretary of State as agent for service of process for such entities, and neither the statute nor the DOS procedures appear to limit such service to actions filed in New York courts. In addition, Federal Rule of Civil Procedure 4(h)(1)(A) and Rule 4(e)(1) expressly permit service pursuant to the law of the state where service is made.

Accordingly, because Cloud Equity Group, LLC is a New York LLC and service is being effected in New York pursuant to New York statutory law, our understanding is that service through the New York Secretary of State is proper notwithstanding that the action is pending in the Southern District of Florida.

proper notwithstanding that the action is pending in the Southern District of Florida.

If there is a specific authority or written policy supporting your statement that the NY DOS does not accept out of state cases, please forward it so we can evaluate it immediately given the Court's service deadline.

Otherwise, we request that your office proceed with service through the New York Secretary of State. If needed, we are happy to provide the finalized service packet immediately upon confirmation regarding the DOS payment method your Albany agent will use.

Thank you again, and I look forward to your response.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

---------- Forwarded message ---------
From: **Dan Crespo** <dan@ppservers.com>
Date: Wed, May 20, 2026 at 1:35 PM
Subject: RE: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS
To: Juan Aragon <juan@fairlawattorney.com>

Good afternoon,
        The New York Secretary of State does not accept out of state cases.

Best Regards,

Dan Crespo

Preferred Process Servers Inc

166-06 24<sup>th</sup> Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**You can always check the status of your cases on our website** http://preferred.lookupstatus.com

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Wednesday, May 20, 2026 2:00 PM
**To:** Gretchen Palma <gretchen@ppservers.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Brian H. Pollock <brian@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Hi Gretchen,

Following up on the *Mejia v. On The Map, Inc. et al.* matter (Case No. 1:26-cv-20744). Since the previous attempts at the physical offices were unsuccessful, we are now proceeding with physical service on Cloud Equity Group, LLC through the New York Secretary of State in Albany (Electronic Service is not permitted for this entity).

Before I send over the final service packet, I need to confirm a quick detail so we can properly fill out Section 4 of the mandatory NY DOS Service of Process Cover Sheet:

1. Can your office advance the **$40 statutory fee** for the SOS drop-off (to be added to our final invoice)?
2. If so, **what exact payment method** will your Albany agent use at the counter (Check, Credit

2. If so, **what exact payment method** will your Albany agent use at the counter (Check, Credit Card, Debit Card, Cash, or Drawdown Account)?

Once you let me know the payment method, I will check the appropriate box on the Cover Sheet and immediately send you the finalized packet (which will include the Issued Summons, a copy of the Original Complaint, and the Cover Sheet with the entity info attached).

Please let me know as soon as possible. **We have a strict Court-ordered deadline to complete this service and file the proof with the Court by June 5, 2026**, so time is of the essence.

Thank you,


Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com


On Tue, May 19, 2026 at 7:08 AM Gretchen Palma <gretchen@ppservers.com> wrote:

Good morning,

Yes, I had emailed you those Affirmations of Non Service yesterday with those service attempts.

I've reattached them for you here.

Thank you,

Gretchen Palma

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890
Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review

---

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Monday, May 18, 2026 5:16 PM
**To:** Gretchen Palma <gretchen@ppservers.com>
**Cc:** Juan Aragon <juan@fairlawattorney.com>; Brian H. Pollock <brian@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Hi Gretchen,

Looking through this email thread, I noticed there were service attempts made on March 5 and April 15, but I don't believe we've received Affirmations of Non-Service for those dates.

Can you please forward those as well?

Thank you,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On May 18, 2026, at 2:37 PM, Gretchen Palma <gretchen@ppservers.com> wrote:

Good afternoon,

Please find the attached 2 Affirmations of Non Service for Cloud Equity at the 2 addresses attempted in New York.

Thank you,

Gretchen Palma

Preferred Process Servers Inc

166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890
Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Monday, May 18, 2026 1:52 PM
**To:** Gretchen Palma <gretchen@ppservers.com>
**Cc:** Brian H. Pollock <brian@fairlawattorney.com>; Brooks LaRou <brooks@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good afternoon,

Could you please send us the Non-Service Affirmations for all service attempts?

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.

FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Tue, May 5, 2026 at 8:37 AM Brooks LaRou <brooks@fairlawattorney.com> wrote:

Good morning,

Thank you for sending these over. Yes, please send us Non Service Affirmations for all service attempts that have been made.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On May 5, 2026, at 10:33 AM, Gretchen Palma <gretchen@ppservers.com> wrote:

Good morning,

Please find the attached Affirmation of Non Service and invoice for the attempted

Please find the attached Affirmation of Non Service and invoice for the attempted services upon Cloud Equity Group LLC.

Please also let me know if you need the Non Service Affirmations for any of the previous addresses.

Thank you,

Gretchen Palma

Preferred Process Servers Inc

166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890
Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review

**From:** Preferred Process Servers Info <info@ppservers.com>
**Sent:** Monday, May 4, 2026 1:44 PM
**To:** Juan Aragon <juan@fairlawattorney.com>
**Cc:** Brian H. Pollock <brian@fairlawattorney.com>; Brooks LaRou <brooks@fairlawattorney.com>; Preferred Process Servers Info <info@ppservers.com>
**Subject:** RE: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good afternoon,

Server made am attempt today 5/4 at 11:31 am. Server spoke with a doorman here who he had not previously spoken too. This doorman informed our server that the 20th Floor is a Regis office floor- this means that there are multiple offices all on the same floor here. Security further stated that it's the buildings policy to not allow any process servers up to this floor.

Service cannot be accomplished here.

~~Service cannot be accomplished here.~~

Best regards,

Nick Crespo

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Monday, May 4, 2026 10:29 AM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian H. Pollock <brian@fairlawattorney.com>; Brooks LaRou <brooks@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good morning,

Could you please provide an update on the status of the service for this matter?

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Tue, Apr 28, 2026 at 12:56 PM Preferred Process Servers Info
<info@ppservers.com> wrote:

> Good afternoon,
>
> We will proceed with service to the address on Wall Street.
>
> Thank you,
>
> Nick Crespo
>
> Preferred Process Servers Inc
> 166-06 24th Road, LL
> Whitestone, NY 11357
> 718-362-4890
>
> Preferred Process Servers, Inc. would love your feedback. Post a review to our
> profile.
> https://g.page/r/CR2hyJplyj_qEB0/review
> *PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT*

~~PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS~~

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Tuesday, April 28, 2026 10:38 AM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian H. Pollock <brian@fairlawattorney.com>; Brooks LaRou <brooks@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good morning.

We are urgently trying to perfect the service for the Juan Mejia case, as we have an upcoming deadline. Please prioritize the following service attempt as soon as possible:

**Cloud Equity Group**

- **Serve To:** Sean Frank (Registered Agent)
- **Address:** 14 Wall Street, 20th Floor, New York, NY 10005
- **Notes:** Please disregard the residential address that was previously provided for him. Service needs to be completed at this business address.

Please let me know once this attempt has been initiated or if you need any additional documents fromour end to proceed.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,

Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Thu, Apr 16, 2026 at 8:51 AM Preferred Process Servers Info
<info@ppservers.com> wrote:

> Hello,
>
> Server has made 3 total attempts
>
> 3/25 at 12:26 Pm, 4/8 at 9:10 PM and 4/15 at 7:46 Pm.
> Doorman has called up for Sean Frank on all 3 attempts with
> never an answer from the unit.
>
> Thank you,
>
> Nick Crespo
>
> Preferred Process Servers Inc
> 166-06 24th Road, LL
> Whitestone, NY 11357
> 718-362-4890
>
> Preferred Process Servers, Inc. would love your feedback. Post a review to
> our profile.
> https://g.page/r/CR2hyJplyj_qEB0/review
> PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Wednesday, April 15, 2026 1:39 PM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian H. Pollock <brian@fairlawattorney.com>; Brooks LaRou <brooks@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Hi Nick,

Could you please provide a status update regarding the service on Sean Frank?

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146

juan@fairlawattorney.com
www.fairlawattorney.com


On Thu, Apr 9, 2026 at 2:03 PM Preferred Process Servers Info
<info@ppservers.com> wrote:

> We were told it was his residential condo. Please see
> attached.
>
>
>
> Nick Crespo
>
> Preferred Process Servers Inc
> 166-06 24th Road, LL
> Whitestone, NY 11357
> 718-362-4890
>
> Preferred Process Servers, Inc. would love your feedback. Post a review to
> our profile.
> https://g.page/r/CR2hyJplyj_qEB0/review
> *PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE*
> *ATTEMPTS AT ONE ADDRESS*
>
> *PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE*
> *ATTEMPTS AT ONE ADDRESS*
>
>
>
> ---
>
> **From:** Brian H. Pollock <brian@fairlawattorney.com>
> **Sent:** Thursday, April 9, 2026 1:52 PM
> **To:** Preferred Process Servers Info <info@ppservers.com>
> **Cc:** Juan Aragon <juan@fairlawattorney.com>; Brooks LaRou
> <brooks@fairlawattorney.com>
> **Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map
> Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Why is the server trying to serve a business at 9pm?

Brian H. Pollock, Esq. l Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

- and -

1420 Washington Boulevard
Suite 310
Detroit, MI 48226

On Apr 9, 2026, at 1:12 PM, Preferred Process Servers Info <info@ppservers.com> wrote:

The server made another attempt last night 4/8 at 9:10 PM and there was no answer from the apartment.

Regards,

Nick Crespo

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
PLEASE NOTE THAT QUOTED PRICES ARE FOR (3)

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

---

**From:** Preferred Process Servers Info <info@ppservers.com>
**Sent:** Wednesday, April 8, 2026 6:06 PM
**To:** Juan Aragon <juan@fairlawattorney.com>
**Cc:** Brian H. Pollock <brian@fairlawattorney.com>; Brooks LaRou <brooks@fairlawattorney.com>; Preferred Process Servers Info <info@ppservers.com>
**Subject:** RE: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Hello Juan,

I apologize for the delay on this. I have reached out to my server multiple times on this. I am going to have my boss speak with the server on this so we can get you more updates asap. Again, our apologies for the delay on this.

Regards,

Nick Crespo

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback.
Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Wednesday, April 8, 2026 10:32 AM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian H. Pollock <brian@fairlawattorney.com>; Brooks LaRou <brooks@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Hi Nick,

Could you please provide a status update regarding the service on Sean Frank at the residential address provided?

It has been a week since our last check-in, and we would like to know if any further attempts have been made or if service has been completed.

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to

Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com


On Wed, Apr 1, 2026 at 11:36 AM Juan Aragon
<juan@fairlawattorney.com> wrote:

Good afternoon,

Could you please provide an update on the status of
the service for this matter?

If you have any questions or concerns, do not hesitate
to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146

juan@fairlawattorney.com
www.fairlawattorney.com

On Wed, Mar 25, 2026 at 12:22 PM Preferred Process
Servers Info <info@ppservers.com> wrote:

> Hello,
>
> I apologize for the delayed update. Our
> server has one attempt on this and I have
> been trying to get him to go back and make a
> night attempt so there is a higher change the
> respondent is home. On the first attempt
> there was no answer from the respondent's
> unit.
>
> I am asking the server to complete attempts
> asap.
>
> Regards,
>
> Nick Crespo
>
> Preferred Process Servers Inc
> 166-06 24th Road, LL
> Whitestone, NY 11357
> 718-362-4890
>
> Preferred Process Servers, Inc. would love your
> feedback. Post a review to our profile.
> https://g.page/r/CR2hyJplyj_qEB0/review
> *PLEASE NOTE THAT QUOTED PRICES ARE FOR (3)*
> *THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Tuesday, March 24, 2026 5:55 PM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Samuel Gonzalez <samuel@fairlawattorney.com>; Brian H. Pollock <brian@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good afternoon,

Could you please provide an update on the status of the service for this matter?

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq.,
P. Brooks LaRou Esq., and
Samuel Gonzalez, Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146

Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Wed, Mar 11, 2026 at 9:10 AM Preferred Process Servers Info <info@ppservers.com> wrote:

Hello Samuel,

Understood. We will ask the server to sign Mr. Frank in hand at his home address.

Thank you,

Nick Crespo

Preferred Process Servers Inc

166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

---

**From:** Samuel Gonzalez <samuel@fairlawattorney.com>
**Sent:** Tuesday, March 10, 2026 5:45 PM
**To:** Preferred Process Servers Info

**To:** Preferred Process Servers Info
<info@ppservers.com>
**Cc:** Juan Aragon <juan@fairlawattorney.com>; Brian
H. Pollock <brian@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc.
d/b/a On The Map Marketing, et al. - Case No. 1:26-
CV-20744-SINGHAL/STRAUSS

Hello Nick,

Hope you are doing well.

Thank you for your continued attempts here.

Let's please serve Mr. Frank directly as the registered agent
for Cloud Equity at his residential condo:

56 Leonard Street #21AE
New York, NY 10013

Best,

Samuel Gonzalez, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Ofc:  305.230.4884
Dir:   305.537.6975 Ext. 108
samuel@fairlawattorney.com

> On Mar 10, 2026, at 1:32 PM, Preferred
> Process Servers Info
> <info@ppservers.com> wrote:
>
> Hello,
>
> Service was attempted again

Service was attempted again 3/5/2026. There was no one in the office to accept service, and the number our server called (212-618-1298) was not in service. Sean was unable to be contacted.

Best regards,

Nick Crespo

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Tuesday, March 10, 2026 12:43 PM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian H. Pollock

**Cc:** Brian H. Pollock
<brian@fairlawattorney.com>; Samuel
Gonzalez <samuel@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The
Map, Inc. d/b/a On The Map Marketing, et
al. - Case No. 1:26-CV-20744-
SINGHAL/STRAUSS

Good morning,

Could you please provide an update on
the status of service for this matter?

If you have any questions or concerns,
do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq.,
P. Brooks LaRou Esq., and
Samuel Gonzalez, Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com


On Tue, Mar 3, 2026 at 12:22 PM
Preferred Process Servers Info
<info@ppservers.com> wrote:

Received. I've asked my server

Received, I've asked my server to reach out to Sean on his next attempt.

Thank you,

Nick Crespo

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**From:** Brian H. Pollock <brian@fairlawattorney.com>
**Sent:** Tuesday, March 3, 2026 11:16 AM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Juan Aragon <juan@fairlawattorney.com>; Samuel Gonzalez <samuel@fairlawattorney.com>

**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Please call Cloud Equity Group at 212.618.1298 and ask to speak with Sean Frank, as he's listed as the Registered Agent for the company to coordinate service of process.

Thanks,

Brian H. Pollock, Esq. l Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

- and -

1420 Washington Boulevard
Suite 310
Detroit, MI 48226

> On Mar 3, 2026, at 11:01 AM, Preferred Process Servers Info <info@ppservers.com> wrote:
>
> Hello,

Server went back again 2/25 at 2:50 PM and had security call up. Our server/security again received no answer from Cloud Equity Group LLC at this address.

Best regards,

Nick Crespo

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE*

*ATTEMPTS AT ONE ADDRESS*

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Tuesday, March 3, 2026 10:57 AM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian Pollock <brian@fairlawattorney.com>; Samuel Gonzalez <samuel@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good morning,

Could you please provide me with an update on this matter?

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq.,
P. Brooks LaRou Esq.,
and
Samuel Gonzalez, Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Tue, Feb 24, 2026 at 9:59 AM Juan Aragon <juan@fairlawattorney.com> wrote:

> Thank you for the update.
>
> If you have any questions or concerns, do not hesitate to contact our office.
>
> Best Regards,
>
> Juan Aragon | Legal Assistant to

Assistant to

Brian H. Pollock, Esq.,
Katie Schickman, Esq.,
P. Brooks LaRou Esq.,
and
Samuel Gonzalez, Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo
Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Tue, Feb 24, 2026
at 9:36 AM Preferred
Process Servers Info
<info@ppservers.com>
wrote:

> Hello,
>
> Service was
> attempted Friday
> 2/19 at 1:12 PM-
> Cloud Equity
> Group LLC is
> listed at the
> address. Front
> desk personnel
> called up to their
> office so the

server could be let up/or someone from the company could come down to accept service. However, no one in the office answered the phone. Server should be going back again soon, we did recently just get hit with a blizzard, so the server will get back to the area as soon as he is able to.

Best regards,

Nick Crespo

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback.

Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Friday, February 20, 2026 5:10 PM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian Pollock <brian@fairlawattorney.com>; Samuel Gonzalez <samuel@fairlawattorney.com>
**Subject:** Re: Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good afternoon,

Could you please provide an update on the status of service for this matter?

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq.,
P. Brooks LaRou Esq., and
Samuel Gonzalez, Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com

www.fairlawattorney.com

On Fri, Feb 13, 2026 at 8:12 AM Preferred Process Servers Info <info@ppservers.com> wrote:

> Thank you for making payment, it's been received.
>
> We will begin working on your request for service.
>
> Best regards,
>
> Nick Crespo
>
> Preferred Process Servers Inc
> 166-06 24th Road, LL
> Whitestone, NY 11357
> 718-362-4890
>
> Preferred Process Servers, Inc. would love your feedback. Post a review to our

profile.
https://g.page/r/CR2hyJplyj_qEB0/review

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**From:** Preferred Process Servers Info
**Sent:** Thursday, February 12, 2026 12:54 PM
**To:** 'Juan Aragon' <juan@fairlawattorney.com>
**Cc:** Brian Pollock <brian@fairlawattorney.com>; Samuel Gonzalez <samuel@fairlawattorney.com>; Hillary Frontado <hillary@fairlawattorney.com>
**Subject:** RE: Juan-Pablo Mejia v. On The Map, Inc. d/b/a

The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good afternoon,

Documents for service have been received.

Cost of routine service + copies is going to be $86.35 ($85 for service, and $1.35 for 9 copies at .15 cents.

Please see links below to complete prepayment of $86.35

You can make a payment by going to https://www.ppservers.com/paynow/ Use invoice #1234

if paying through the website

We also accept:

Zelle info@ppservers.com

Thank you,

Nick Crespo

Preferred Process Servers Inc
166-06 24th Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile. https://g.page/r/CR2hyJplyj_qEB0/review *PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Thursday, February 12, 2026 11:06 AM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian Pollock <brian@fairlawattorney.com>; Samuel Gonzalez <samuel@fairlawattorney.com>; Hillary Frontado <hillary@fairlawattorney.com>
**Subject:** Juan-Pablo Mejia v. On The Map, Inc. d/b/a On The Map Marketing, et al. - Case No. 1:26-CV-20744-SINGHAL/STRAUSS

Good morning Nick,

Please find the attached documents for service. Kindly proceed with regular service of process for these.

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to Brian H. Pollock, Esq., Katie Schickman, Esq., P. Brooks LaRou Esq., and Samuel Gonzalez, Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com

juan@fairlawattorney.com
www.fairlawattorney.com

On Wed, Feb 11, 2026 at 8:25 AM Preferred Process Servers Info <info@ppservers.com> wrote:

Good morning,

For service on one defendant, yes the cost of service is $85 (+ .15 cents a page per copy)

Routine service includes 3 attempts of service at one address over the course of about 7-10 days. If you're interested in

proceeding with service, please email us the documents to be served and we will send the links for prepayment.

Thank you,

Nick Crespo

Preferred Process Servers Inc
166-06 24<sup>th</sup> Road, LL
Whitestone, NY 11357
718-362-4890

Preferred Process Servers, Inc. would love your feedback. Post a review to our profile.
https://g.page/r/CR2hyJplyj_qEB0/review
*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT*

*ATTEMPTS AT ONE ADDRESS*

*PLEASE NOTE THAT QUOTED PRICES ARE FOR (3) THREE ATTEMPTS AT ONE ADDRESS*

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Tuesday, February 10, 2026 6:45 PM
**To:** Preferred Process Servers Info <info@ppservers.com>
**Cc:** Brian Pollock <brian@fairlawattorney.com>
**Subject:** Service Quote Request - Federal Summons (Manhattan)

Good evening,

We are a law firm in Florida looking for a process server in

Manhattan to handle a Summons and Complaint for a U.S. District Court case.

I see on your website that standard service in Manhattan is listed at $85.00. Can you please confirm this rate applies to this service and let us know your estimated turnaround time?

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to Brian H. Pollock, Esq., Katie Schickman,

Esq.,
P. Brooks LaRou
Esq., and
Samuel
Gonzalez, Esq.
FairLaw Firm
Ofc:
305.230.4884
Fax:
305.230.4844
135 San Lorenzo
Avenue
Suite 770
Coral Gables, FL
33146
juan@fairlawattorney.com
www.fairlawattorney.com

&lt;20260505101730229.pdf&gt;&lt;20260505101733713.pdf&gt;

&lt;20260518151733254.pdf&gt;

**Attorney:** FAIRLAW FIRM **Address**: 135 SAN LORENZO AVENUE, STE#770 CORAL GABLES, FL 33146          **Job #:** 1635125

**AFFIRMATION OF NON SERVICE**      Client's File No.: mejia vs. on the

INDEX NO.: 1:26-CV-20744

COUNTY OF SOUTHERN