UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,

     Plaintiff,

vs.

ON THE MAP, INC.
d/b/a ON THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC, and
RICHARD D. HOSKINS,

     Defendants.

_____/

### **PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE**

Plaintiff, Juan-Pablo Mejia, by and through undersigned counsel, hereby files this Notice of Proof of Service pursuant to the Court's Order Granting Plaintiff's Motion to Authorize Alternate Service on Defendant Cloud Equity Group, LLC [DE 23] (the "Order").

In its June 18, 2026 Order, the Court authorized Plaintiff to effectuate alternate service of process on Defendant Cloud Equity Group, LLC by transmitting the summons, Complaint, and a copy of the Court's Order by email to sfrank@cloudequitygroup.com, and by mailing the summons, Complaint, and a copy of the Court's Order by certified mail, return receipt requested, and by first-class U.S. mail to Cloud Equity Group, LLC's registered office and address for service of process at 14 Wall Street, 20th Floor, New York, New York 10005, and to Sean Frank, Cloud Equity Group, LLC's registered agent and managing partner, at 56 Leonard Street, Unit 21AE, New York, New York 10013.

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm

Plaintiff has completed service in accordance with the Court's Order. Specifically, Plaintiff mailed authorized service packets to Cloud Equity Group, LLC and Sean Frank by certified mail and by first-class U.S. mail, and transmitted the authorized service documents by email to sfrank@cloudequitygroup.com.

In support of this Notice, Plaintiff files the sworn Declaration of the undersigned regarding service pursuant to the Court's Order, attached as Exhibit "1." The Declaration attaches the following supporting proof of service materials:

1. Certified mail service packet to Cloud Equity Group, LLC, including certified mail receipt;

2. USPS tracking for the certified mail sent to Cloud Equity Group, LLC;

3. Certified mail service packet to Sean Frank, including certified mail receipt;

4. USPS tracking for the certified mail sent to Sean Frank;

5. July 14, 2026 email transmitting the summons, Complaint, and Court's Order to sfrank@cloudequitygroup.com; and

6. Email delivery certificate confirming delivery of the July 14, 2026 email to sfrank@cloudequitygroup.com.

Pursuant to paragraph 3 of the Court's Order, service is deemed complete upon Plaintiff's transmission of the authorized email and mailing of the authorized service packets. Accordingly, Plaintiff respectfully gives notice that service of process on Defendant Cloud Equity Group, LLC has been completed pursuant to the Court's Order.

---

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm

Respectfully submitted this 17th day of July 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
