UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,

      Plaintiff,

vs.

ON THE MAP, INC.
d/b/a ON THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC, and
RICHARD D. HOSKINS,

      Defendants.

_____/

### DECLARATION OF PATRICK BROOKS LAROU, ESQ. REGARDING SERVICE PURSUANT TO ORDER AUTHORIZING ALTERNATE SERVICE ON DEFENDANT CLOUD EQUITY GROUP, LLC

I, Patrick Brooks LaRou, Esq., make the following declaration pursuant to 28 U.S.C. 1746 and declare as follows:

1.     I am counsel for Plaintiff Juan-Pablo Mejia in the above action. I am over the age of eighteen and have personal knowledge of the matters stated in this Declaration.

2.     On June 18, 2026, the Court entered its Order Granting Plaintiff's Motion to Authorize Alternate Service on Defendant Cloud Equity Group, LLC [DE 23].

3.     The Court's Order authorized Plaintiff to serve Cloud Equity Group, LLC by transmitting the summons, Complaint, and a copy of the Court's Order by email to sfrank@cloudequitygroup.com.

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm

4.      The Court's Order also authorized Plaintiff to serve Cloud Equity Group, LLC by certified mail and first-class U.S. mail to Cloud Equity Group, LLC's registered office and address for service of process at 14 Wall Street, 20th Floor, New York, New York 10005, and to Sean Frank, Cloud Equity Group, LLC's registered agent and managing partner, at 56 Leonard Street, Unit 21AE, New York, New York 10013.

5.      On June 26, 2026, the office of the undersigned mailed a service packet containing the summons, Complaint, and the Court's Order to Cloud Equity Group, LLC at 14 Wall Street, 20th Floor, New York, New York 10005, by certified mail and by first-class U.S. mail. A true and correct copy of the service packet and certified mail receipt is attached as Exhibit "A."

6.      USPS tracking for the certified mailing to Cloud Equity Group, LLC, tracking number 70160910000011662059, reflects that the mailing was delivered to the front desk, reception area, or mail room in New York, New York 10005 on June 30, 2026 at 12:46 p.m. A true and correct copy of the USPS tracking information is attached as Exhibit "B."

7.      On June 26, 2026, the office of the undersigned mailed a service packet containing the summons, Complaint, and the Court's Order to Sean Frank at 56 Leonard Street, Unit 21AE, New York, New York 10013, by certified mail and first-class U.S. mail. A true and correct copy of the service packet and certified mail receipt is attached as Exhibit "C."

8.      USPS tracking for the certified mailing to Sean Frank, tracking number 70160910000011662066. A true and correct copy of the USPS tracking information is attached as Exhibit "D."

9.      On July 14, 2026, at approximately 6:24 p.m., I transmitted an email to sfrank@cloudequitygroup.com with the subject line "SERVICE OF COURT DOCUMENTS -

Juan-Pablo Mejia v. Cloud Equity Group, LLC; Case No. 1:26-cv-20744-AHS." The email attached and transmitted the summons, Complaint, and the Court's Order Granting Plaintiff's Motion to Authorize Alternate Service on Defendant Cloud Equity Group, LLC. A true and correct copy of the email is attached as Exhibit "E."

10.     The email delivery certificate reflects that the July 14, 2026 email was delivered to sfrank@cloudequitygroup.com on July 14, 2026 at 6:24 p.m. A true and correct copy of the email delivery certificate is attached as Exhibit "F."

11.     The service described above was completed pursuant to the Court's June 18, 2026 Order Authorizing Alternate Service.

## **DECLARATION**

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By: _____
        PATRICK BROOKS LAROU, ESQ.

_____July 17, 2026_____
                DATE