ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70160910000011662059

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:46 pm on June 30, 2026 in NEW YORK, NY 10005.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### ● Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10005
June 30, 2026 12:46 PM

**Out for Delivery**

NEW YORK, NY 10005
June 30, 2026 9:20 AM

**Arrived at Post Office**

NEW YORK, NY 10007
June 30, 2026 9:09 AM

**Arrived at USPS Facility**

NEW YORK NY DISTRIBUTION CENTER
June 29, 2026 10:46 AM

**Arrived at USPS Facility**

MIAMI FL DISTRIBUTION CENTER

Feedback

June 27, 2026 11:07 PM

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs