ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70160910000011662066

Copy          Add to Informed Delivery

## Latest Update

Your item arrived at our USPS facility in NEW YORK NY DISTRIBUTION CENTER on June 29, 2026 at 9:51 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

## On the Way

**Arrived at USPS Facility**

NEW YORK NY DISTRIBUTION CENTER
June 29, 2026 9:51 AM

**Arrived at USPS Facility**

MIAMI FL DISTRIBUTION CENTER
June 27, 2026 9:50 PM

Feedback

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                              ⌄

---

**Product Information**                                              ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs