**From:** **Brooks LaRou** brooks@fairlawattorney.com
**Subject:** SERVICE OF COURT DOCUMENTS - Juan-Pablo Mejia v. Cloud Equity Group, LLC; Case No. 1:26-cv-20744-AHS
**Date:** July 14, 2026 at 6:24 PM
**To:** sfrank@cloudequitygroup.com

BL

| Court Identity: | **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** |
|---|---|
| Case No. | 1:26-cv-20744-AHS |
| Plaintiff(s): | Juan-Pablo Mejia |
| Defendant(s): | Cloud Equity Group, LLC |
| Document being served: | 1. Summons in a Civil Action - Cloud Equity Group<br>2. Summons in a Civil Action - Cloud Equity Group c/o New York Secretary of State<br>3. Complaint<br>4. Order Granting Plaintiff's Motion to Authorize Alternate Service on Defendant Cloud Equity Group, LLC |
| Sender's name: | P. Brooks LaRou, Esq. |

Mr. Frank,

Please find attached the Summons, Complaint, and the Court's Order Granting Plaintiff's Motion to Authorize Alternate Service on Defendant Cloud Equity Group, LLC in the above-referenced action.

This email is transmitted pursuant to the Court's June 18, 2026 Order authorizing alternate service upon Cloud Equity Group, LLC.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

**1 COMPLAINT (J. Mejia) .pdf**
552 KB


**8-2 Pluries Summons - Cloud Equity Group,...**


**19-1 Summons Cloud Equity Group, LLC...**

**23 Order GR [22] Mot to Authorize Alternat...**