**Email Delivery Certificate generated by Mailsuite**

| | |
|---|---|
| **From** | Brooks LaRou <brooks@fairlawattorney.com> |
| **Subject** | SERVICE OF COURT DOCUMENTS - Juan-Pablo Mejia v. Cloud Equity Group, LLC; Case No. 1:26-cv-20744-AHS |
| **Message ID** | <CAMNAt8LzHMP5iwa2uWgnnJn20_3nTB3r0mj1VQ1MxHJJp0w4mQ@mail.gmail.com> |
| **Delivered on** | 14 Jul, 2026 at 6:24 PM |
| **Delivered to** | <sfrank@cloudequitygroup.com> |

**Ⅳ Mailsuite**

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España