UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61944-CIV-SINGHAL

CARLOS H. BETANCUR SOLORZANO,

     Plaintiff,

v.

CHARLES PARRA, Assistant Field Office
Director, Miami FL, Field Office, United States
Immigration and Customs Enforcement, *et al.*,

     Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal Pursuant to Fed. Rule Civ. Pro. 41(a)(1)A)(i) (DE [4]), filed by Petitioner.  The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE.**  The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 20th day of July 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF