UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,

       Plaintiff,

vs.

ON THE MAP, INC. D/B/A ON
THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC,
and RICHARD D. HOSKINS,

       Defendants.

_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Juan-Pablo Mejia, pursuant to the Court's Order entered July 21, 2026 [ECF No. 25], files this Statement of Claim based on the information currently known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of Plaintiff's damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

### *Information Requested by the Court*

1.      Plaintiff does not have all of the time and pay records from his (former) employment at this time, and so he must estimate the hours he worked, the pay he received for those hours, and the corresponding wages due.

2.      Plaintiff prepared this Statement of Claim with the assistance of counsel.

3.      Plaintiff's Statement of Claim is based upon the information currently known and/or available.

4.      Plaintiff reserves the right to amend this Statement of Claim based on additional information provided by Defendants through discovery, and/or as additional/different information becomes known.

5.      This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint, and is subject to revision through the course of discovery and/or the amendment of the Complaint.

### **Estimate of Wages Owed**

6.      Plaintiff estimates that he is owed **$9,320.00**, which is comprised of **$2,320.00** in **unpaid minimum wages** and **$7,000.00** in **breach of contract damages**, calculated as follows:

A.      <u>FLSA Minimum Wages (Straight Time)</u>

7.      Plaintiff seeks minimum wages under the Fair Labor Standards Act for hours he worked between approximately July 16, 2025 and August 31, 2025, and between January 16, 2026 and January 31, 2026.

8.      Plaintiff estimates that he is owed **$2,320.00** in **unpaid minimum wages**, as calculated below:

| Dates Worked | Check Date | Hours Worked | Minimum Wage Rate | Minimum Wages Owed |
|---|---|---|---|---|
| 7/16/25 - 7/31/25 | 8/15/25 | 80 | $7.25 | $580.00 |
| 8/1/25 - 8/15/25 | 8/31/25 | 80 | $7.25 | $580.00 |
| 8/16/25 - 8/31/25 | 9/15/25 | 80 | $7.25 | $580.00 |
| 1/16/26 - 1/31/26 | 2/15/26 | 80 | $7.25 | $580.00 |

**Total:      $2,320.00**

9.      Plaintiff also seeks liquidated damages equal to the above unpaid/underpaid minimum wages owed to him under the FLSA ($2,320.00), plus reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b).

B.      Non-FLSA Breach of Contract Damages

10.      Plaintiff also seeks wages under his claim for breach of contract for hours he worked between approximately July 16, 2025 and August 31, 2025, and between January 16, 2026 and January 31, 2026.

11.      Plaintiff estimates that he is owed **$7,000.00** in **breach of contract damages**, as calculated below:

| Dates Worked | Check Date | Agreed Salary Rate |
|---|---|---|
| 7/16/25 - 7/31/25 | 8/15/25 | $1,750.00 |

| 8/1/25 - 8/15/25 | 8/31/25 | $1,750.00 |
|---|---|---|
| 8/16/25 - 8/31/25 | 9/15/25 | $1,750.00 |
| 1/16/26 - 1/31/26 | 2/15/26 | $1,750.00 |

**Total:      $7,000.00**

Respectfully submitted this 4th day of August 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm