Filing # 180688609 E-Filed 08/28/2023 05:12:58 PM

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ON THE MAP, INC., a Florida Corporation,
*and* RICHARD D. HOSKINS, *individually*,

Plaintiffs, CASE NO.:

vs.

SEAN FRANK, *individually, and*
CEGSOFI-ONTHEMAP, LLC,
*a Florida Limited Liability Company,*

Defendants.
_______________________________________/

**VERIFIED COMPLAINT**

**COME NOW** the Plaintiffs, ON THE MAP, INC. and RICHARD D. HOSKINS, by and through its undersigned counsel, and sue the Defendants, SEAN FRANK and CEGSOFI-ONTHEMAP, LLC, and allege:

**JURISDICTION AND VENUE**

1. This is an action for damages that exceed $30,000.00, exclusive of costs and attorneys' fees, and is therefore within the jurisdiction of this Court.

2. Plaintiff, ON THE MAP, INC (hereinafter referred to as "ON THE MAP") is a Florida Corporation with its principal place of business in Miami-Dade County, Florida.

3. Plaintiff, RICHARD D. HOSKINS, owned and operated ON THE MAP from July 2009 up to the date giving rise to the action brought herein, and is also a resident of Miami-Dade County, Florida and otherwise *sui juris*.

4. Defendant, CEGSOFI-ONTHEMAP, LLC (hereinafter referred to as the "CEGSOFI") is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



5. Defendant, SEAN FRANK, is the owner of a cloud equity group (Defendant herein: CEGSOFI-ONTHEMAP, LLC), is a resident of New York, NY and otherwise *sui juris*.

6. Venue is proper as all conduct complained of occurred in Miami-Dade County, Florida.

7. This Court has personal jurisdiction over foreign Defendant, SEAN FRANK, under Florida's "Long Arm Statute," §48.193(1)(a)(1-2), Florida Statutes Florida, in that:

> (1)(a) A person, whether or not a citizen or resident of this state, who personally or through an agent does any of the acts enumerated in this subsection thereby submits himself or herself and, if he or she is a natural person, his or her personal representative to the jurisdiction of the courts of this state for any cause of action arising from any of the following acts:
>
> 1. Operating, conducting, engaging in, or carrying on a business or business venture in this state or having an office or agency in this state.
>
> 2. Committing a tortious act within this state.

Fla.Stat. §48.193(1)(a)(1-2)(2023).

8. Subjecting foreign Defendant, SEAN FRANK, to the jurisdiction of this Court does not offend traditional notions of fair play and substantial justice in that this Defendant purposefully availed himself of the laws of the State of Florida by:

(a) engaging in the purchase of a Florida business (ON THE MAP, INC.) operating in the Florida market in Miami-Dade County;

(b) opening a Florida Limited Liability Company (CEGSOFI-ONTHEMAP LLC) to act as the purchasing entity of the Seller (Plaintiff herein: ON THE MAP, INC.);

(c) committing tortious acts, including but not limited to, applying for and obtaining fraudulent loans from and withing the state of Florida in the name of the Seller (Plaintiff herein: ON THE MAP, INC.); *and*

(d) otherwise engaging in continuous and systematic contacts with the State of Florida as may be developed through discovery.

9. All conditions precedent for the maintenance of this action have been performed, have occurred or have been waived.

**FACTUAL BACKGROUND**

10. Beginning in and around April 2022, a representative from SEAN FRANK's Cloud Equity team engaged RICHARD HOSKINS in dialogue aimed at the purchase of HOSKIN's Florida Corporation: ON THE MAP, INC.

11. On or around April 26, 2023, SEAN FRANK, caused to be formed CEGSOFI-ONTHEMAP, LLC, a Florida Limited Liability Company operating as a cloud equity group.

12. On or around August 1, 2023, the Parties entered into a written Asset Purchase Agreement, whereby CEGSOFI-ONTHEMAP, LLC acquired ON THE MAP, INC. for the principal amount of $5,800,000.00. A true and correct copy of which is attached hereto and marked as **EXHIBIT A**.

13. On or around August 1, 2023, the Parties entered into a written Flow of Funds Memorandum, whereby the purchase price and wire instructions were memorialized between CEGSOFI-ONTHEMAP, LLC (Purchaser) and ON THE MAP, INC. (Seller). A true and correct copy of which is attached hereto and marked as **EXHIBIT B**.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

14. On or around August 1, 2023, CEGSOFI-ONTHEMAP, LLC executed a Promissory Note to ON THE MAP, INC. for the principal amount of $1,160,000.00. A true and correct copy of which is attached hereto and marked as **EXHIBIT C**.

15. On or around August 1, 2023, the Parties entered into a written Bill of Sale and Assignment Agreement, in furtherance of the transaction between CEGSOFI-ONTHEMAP, LLC (Purchaser) and ON THE MAP, INC. (Seller). A true and correct copy of which is attached hereto and marked as **EXHIBIT D**.

16. On or around August 1, 2023, the Parties entered into a written Assignment and Assumption of Lease, in furtherance of the transaction between CEGSOFI-ONTHEMAP, LLC (Purchaser) and ON THE MAP, INC. (Seller). A true and correct copy of which is attached hereto and marked as **EXHIBIT E**.

17. On or around August 3, 2023, the closing of the transaction between CEGSOFI-ONTHEMAP, LLC (Purchaser) and ON THE MAP, INC. (Seller) took place.

18. On an unknown date between April 2023 and August 2023, prior to the August 3, 2023 closing, SEAN FRANK, began a scheme to defraud the Plaintiffs by assuming the identity of RICHARD HOSKINS and ON THE MAP, INC. to open several lines of credit and loans in and under the names of RICHARD HOSKINS and ON THE MAP, INC.

19. During this time (*i.e.,* between April – August 2023), SEAN FRANK created a false document on "bank prov." letterhead, dated June 14, 2023, purporting that "ON THE MAP" maintained a checking account with BankProv. A true and correct copy of which is attached hereto and marked as **EXHIBIT F**.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

20. In furtherance of his scheme to defraud, SEAN FRANK used the false bank account verification letter from Bank Prov (**EXHIBIT F**) to confuse prospective lenders as to the identity HOSKINS' "ON THE MAP, INC." and FRANK's "CEGSOFI-ONTHEMAP, LLC."

21. During this time (*i.e.,* between April – August 2023), SEAN FRANK used a similar company name that he owns, a cloud equity group and a Defendant herein: CEGSOFI-ONTHEMAP, LLC to apply for and acquire loans in a scheme to defraud.

22. During this time (*i.e.,* between April – August 2023), SEAN FRANK obtained through false pretenses RICHARD HOSKINS' Florida Identification Card and RICHARD HOSKINS' Social Security Number to apply for several loans.

23. On August 1, 2023, SEAN FRANK, made false statements and material misrepresentations, falsely claiming to be RICHARD HOSKINS and using HOSKINS' Florida Identification Card and Social Security Number executed a Commercial Promissory Note with North State Bank in the amount of $2,935,000.00. A true and correct copy of which is attached hereto and marked as **EXHIBIT G**.

24. SEAN FRANK personally forged the initials and signature of RICHARD HOSKINS on the August 1, 2023 Commercial Promissory Note with North State Bank. Id.

25. On August 2, 2023, SEAN FRANK, made false statements and material misrepresentations by falsely claiming to be RICHARD HOSKINS and using HOSKINS' Florida Identification Card and Social Security Number secured a Business Loan from Intuit Financing Inc., in the amount of $125,000.00. A true and correct copy of which is attached hereto and marked as **EXHIBIT H**.

26. The August 2, 2023 Business Loan from Intuit Financing Inc. identified the Borrower as "ON THE MAP, INC." and the personal Guarantor as "RICK HOSKINS." Id.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

27. SEAN FRANK and/or his company, CEGSOFI-ONTHEMAP, LLC, took the proceeds of the August 2, 2023 Business Loan from Intuit Financing Inc. for their personal use.

28. On August 7, 2023, SEAN FRANK made false statements and material misrepresentations by falsely prepared and submitted a Funding Application with Premium Merchant Funding for $300,000.00 identified the business as "ON THE MAP, INC." and the owner and personal Guarantor thereof as "RICHARD HOSKINS." A true and correct copy of which is attached hereto and marked as **EXHIBIT I**.

29. On August 8, 2023, SEAN FRANK made false statements and material misrepresentations by falsely claimed to be RICHARD HOSKINS in a telephone interview with Backd Business Funding, one of the lenders SEAN FRANK used HOSKINS' Florida Identification Card and Social Security Number to apply for a loans.

30. RICHARD HOSKINS was contacted by the COO of Backd Business Funding on August 8, 2023, advising him that SEAN FRANK registered HOSKINS' telephone number so that calls the lender believed were being made to HOSKINS' were actually received by SEAN FRANK, who then falsely claimed to be HOSKINS' in order to continue the fraud and convince the lender to approve the loan, again, with the Borrower being "ON THE MAP, INC." and the personal Guarantor being "RICK HOSKINS." A true and correct copy of the electronic correspondence from Tucker Sulzberger, COO of Backd Business Funding to RICHARD HOSKINS is attached hereto and marked as **EXHIBIT J**.

31. The August 8, 2023 Sulzberger electric correspondence attached an audio recording of a telephone call wherein SEAN FRANK impersonated RICHARD HOSKINS to advance the fraud and convince the lender to approve the loan. Id.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



32. At or around this same time (*i.e.,* August 8, 2023), Sulzberger informed RICHARD HOSKINS that SEAN FRANK used HOSKINS' Florida Identification Card and Social Security Number to apply for a loans, and further used the name of HOSKINS' company "ON THE MAP, INC." on the application form, along with HOSKINS' personal and business bank information in furtherance of the fraud and in an attempt to deposit the proceeds from the Backd Business Funding into his personal account and/or the account of CEGSOFI-ONTHEMAP, LLC.

33. Upon information and belief, at or around this same time (*i.e.,* August 8, 2023), SEAN FRANK created a false Bank Statement from Chase Bank which falsely represented that RICHARD HOSKINS' account was closed and that as a result, the funds should be deposited into FRANK's personal account.

34. On August 17, 2023, RICHARD HOSKINS received an email from the funding manager at Hawthrone & Montgomery, a direct lending company, noting that he received HOSKINS' loan application seeking $300,000.00 for "ON THE MAP." A true and correct copy of which is attached hereto and marked as **EXHIBIT K**.

35. RICHARD HOSKINS did not apply for the August 17, 2023 loan with Hawthrone & Montgomery, upon information and belief, SEAN FRANK applied for same in continuation of his scheme to defraud the Plaintiffs by tortiously assuming HOSKINS' identify and attempting to obtain loans in the name of the "ON THE MAP, INC." with the personal Guarantor being "RICK HOSKINS."

36. Upon information and belief, at or around this same time (*i.e.,* August 2023), SEAN FRANK also submitted falsified financial documents under "Bank Prov" bank letterhead in the name of "ON THE MAP" in furtherance of his scheme.

37. Upon information and belief, at or around this same time (*i.e.,* August 2023), SEAN FRANK opened a new account in the name of CEGSOFI-ONTHEMAP, LLC, falsified HOSKINS' and ON THE MAP, INC. financial records, and instructed Premium Merchant Funding to send the loan proceeds to CEGSOFI-ONTHEMAP, LLC bank account, again, obtain with the goal of having the loans in the name of the "ON THE MAP, INC." and the personal Guarantor being "RICK HOSKINS."

38. All demands, opportunities to cure and all conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

**COUNT I – RESCISSION**

39. Plaintiffs repeat and re-allege paragraphs 1 through 38, as if fully set forth herein.

40. The Defendant purchased the Plaintiff's business though a series of agreement all dated on or around August 1, 2023. True and correct copies of which are referenced in detail in paragraphs 10-16, above, and evidenced by **EXHIBITS A – E**.

41. The Defendants committed multiple acts of fraud, identity theft, false personation, forgery, conversion, and other civil and criminal acts against the Plaintiffs, as set forth in paragraphs 17 -37, above, and evidenced by **EXHIBITS F - K**.

42. The Defendants engaged in a meticulous and detailed scheme to strip the Plaintiffs of their business, to obtain loans in the names of the Plaitniffs' but take the proceeds for their own use, to strip the company of all its assets, to use the good name and reputation of the Plaintiff without his knowledge or consent to engage in fraudulent and criminal activity, as set forth in paragraphs 1 – 38, above

43. Because of the egregious acts committed by the Defendants as alleged herein, Plaintiffs move to undo the original transaction and restore the former status of the parties.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

44. Cancellation of the contract is justified based upon the disclosure made by the parties during the contract negotiation and execution periods where the personal information and character of the Plaintiff was disclosed to the Defendants, who used said relationship of the parties and disclosures to commit the acts alleged herein.

45. Cancellation of the contract is also justified, because actual, written contracts were executed between the parties.

46. Cancellation of the contract is also justified, because of the existence of fraud, false representations, and other civil and criminal acts committed by the Defendants.

47. Prior to initiating the instant action, Plaintiffs sought to rescind the contract and notified the Defendants of such rescission and to restore any benefits received after a complete accounting was completed.

48. After demand for rescission was properly made, the Defendants refused to rescind the transaction and place the parties back in the position they were prior to the closing.

49. The Plaintiffs have no adequate remedy at law other than through rescission to take back their company and return to the status quo.

50. The purchase agreements and other contractual agreements, **EXHIBITS A – E**, provide for the award of attorneys' fees to the prevailing party to any litigation.

**WHEREFORE**, the Plaintiffs, ON THE MAP, INC. and RICHARD D. HOSKINS, demand judgment against the Defendants, SEAN FRANK and CEGSOFI-ONTHEMAP, LLC,, for rescission of contract and damages in an amount to be determined but in excess of the jurisdictional threshold of this Court, plus prejudgment interest, attorneys' fees and costs, and a bench trial on all issues triable.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



## COUNT II - FRAUD

51. Plaintiffs repeat and re-allege paragraphs 1 through 38, as if fully set forth herein.

52. The Parties established an ongoing relationship in which the Defendants knew that Plaintiffs placed trust and confidence in them, as established by the series of agreement all dated on or around August 1, 2023. True and correct copies of which are referenced in detail in paragraphs 10-16, above, and evidenced by **EXHIBITS A – E**.

53. The details of the Plaintiffs' particular criminal and tortious conduct including multiple acts of fraud, identity theft, false personation, forgery, conversion, and other civil and criminal acts including the making of false statement and material misrepresentations, have been pled with specificity in paragraphs 17 -37, above, and evidenced by **EXHIBITS F - K**. For the sake of brevity, same will not be copied and pasted here, but rather adopted and re-alleged herein as if fully stated below.

54. The acts of fraud, identity theft, false personation, forgery, conversion, and other civil and criminal acts including the making of false statement and material misrepresentations made by Defendants, as set forth in paragraphs 17 through 37, above, were false and Defendants knew that they were false at the time they made them.

55. The Defendants committed the acts of fraud, identity theft, false personation, forgery, conversion, and other civil and criminal acts including the making of false statement and material misrepresentations with the intent of inducing Plaintiffs to give them their business without actually paying for same, while simultaneously obtaining financing the Plaintiffs' names, keeping the proceeds and all without Plaintiffs' knowledge or consent.

56. The Defendants intended to deceive the Plaintiffs from the outset of their negotiations.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

57. The Plaintiffs were injured in justifiable reliance upon Defendants' deliberate and knowing misrepresentations, as set forth in paragraphs 17 through 37 above, and were damaged as a direct and proximate result of same.

58. As a direct and proximate result of Defendants deliberate and knowing misrepresentations, the Plaintiffs were required to retain the services of the undersigned attorney to recover this debt.

**WHEREFORE**, the Plaintiffs, ON THE MAP, INC. and RICHARD D. HOSKINS, demand judgment against the Defendants, SEAN FRANK and CEGSOFI-ONTHEMAP, LLC,, for rescission of contract and damages in an amount to be determined but in excess of the jurisdictional threshold of this Court, plus prejudgment interest, attorneys' fees and costs, and a bench trial on all issues triable.

**COUNT III: OBTAINING PROPERTY BY FALSE PERSONATION**

**(VIOLATION OF FLA.STAT.§ 817.02-817.03)**

59. Plaintiffs repeat and re-allege paragraphs 1 through 38, as if fully set forth herein.

60. The Plaintiffs' engaged in prolonged criminal and tortious conduct including committing multiple acts of fraud, identity theft, false personation, forgery, conversion, and other civil and criminal acts including the making of false statement and material misrepresentations, which have been pled with specificity in paragraphs 17 -37, above, and evidenced by **EXHIBITS F - K**. For the sake of brevity, same will not be copied and pasted here, but rather adopted and re-alleged herein as if fully stated below.

61. The Defendants acts violated Florida Statute § 817.02 and 817.03 (2023).

62. The Defendants acts violated Florida Statute § 817.02(1)(a) and (b) (2023).

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

63. The Plaintiffs, as victims of the criminal acts of the Defendants, are entitled to maintain a civil cause of action against the Defendants for their violations of Florida Statute § 817.02(1)(a) and (b) (2023), *et seq.*

64. The Plaintiffs, as victims of the criminal acts of the Defendants, are entitled to the civil remedies provided for in Florida Statute § 772.11 (2023), *et seq.*

65. The Plaintiffs have been injured by the aforementioned violations committed by the Defendants and, in accordance with Florida Statute § 772.11 (2023), demand threefold of the actual damages sustained and, and reasonable attorney's fees and court costs.

**WHEREFORE**, the Plaintiffs, ON THE MAP, INC. and RICHARD D. HOSKINS, demand judgment against the Defendants, SEAN FRANK and CEGSOFI-ONTHEMAP, LLC,, for treble damages in an amount to be determined, but in excess of the jurisdictional threshold of this Court, plus prejudgment interest, attorneys' fees and costs, and a bench trial on all issues triable.

## COUNT IV: FLORIDA RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO")

66. Plaintiffs repeat and re-allege paragraphs 1 through 38, 51 through 57, and 59 through 64, as if fully set forth herein.

67. The Parties established an ongoing relationship in which the Defendants knew that Plaintiffs placed trust and confidence in them, as established by the series of agreement all dated on or around August 1, 2023. True and correct copies of which are referenced in detail in paragraphs 10-16, above, and evidenced by **EXHIBITS A – E**.

68. The details of the Plaintiffs' particular criminal and tortious conduct including multiple acts of fraud, identity theft, false personation, forgery, conversion, and other civil and criminal acts including the making of false statement and material misrepresentations, have been

pled with specificity in paragraphs 17 -37, above, and evidenced by **EXHIBITS F - K**. For the sake of brevity, same will not be copied and pasted here, but rather adopted and re-alleged herein as if fully stated below.

69. The conduct/activities engaged in by the Defendants as set forth above constitutes "Racketeering Activity" as defined by Florida Law.

70. The Defendants engaged in the "Racketeering activity" to commit, to attempt to commit, to conspire to commit, or to solicit, coerce, or intimidate another person to commit crimes in violation of Florida Law.

71. The Defendants engaged in the "Racketeering activity" by engaging in fraudulent practices, false pretenses, fraud generally, forgery, counterfeiting and other crimes.

72. The Defendants acts violated Florida Statute Chapter 817 (FRAUD) and Chapter 831 (FORGERY).

73. As the direct and proximate result of the actions of the Defendants, the Plaintiffs have been damaged.

**WHEREFORE**, the Plaintiffs, ON THE MAP, INC. and RICHARD D. HOSKINS, demand judgment against the Defendants, SEAN FRANK and CEGSOFI-ONTHEMAP, LLC,, for damages in an amount to be determined, but in excess of the jurisdictional threshold of this Court, plus prejudgment interest, attorneys' fees and costs, and a bench trial on all issues triable.

## <u>COUNT V: UNJUST ENRICHMENT</u>

74. Plaintiffs repeat and re-allege paragraphs 1 through 38, above, as if fully set forth herein.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS



75. The Parties established an ongoing relationship in which the Defendants knew that Plaintiffs placed trust and confidence in them, as established by the series of agreement all dated on or around August 1, 2023. True and correct copies of which are referenced in detail in paragraphs 10-16, above, and evidenced by **EXHIBITS A – E**.

76. The Plaintiffs complied with their contractual obligations and acted in good faith in closing the transaction and as such, the Plaintiffs conferred benefit on the Defendants, who have knowledge thereof.

77. The Defendants voluntarily accepted and retained the benefit conferred by the Plaintiffs'

78. The circumstances are such that it would be inequitable for the Defendants to retain the benefit without paying the value thereof to the Plaintiffs.

**WHEREFORE**, the Plaintiffs, ON THE MAP, INC. and RICHARD D. HOSKINS, demand judgment against the Defendants, SEAN FRANK and CEGSOFI-ONTHEMAP, LLC,, for damages in an amount to be determined, but in excess of the jurisdictional threshold of this Court, plus prejudgment interest, attorneys' fees and costs, and a bench trial on all issues triable.

**VERIFICATION:**

Pursuant to section 92.525, Florida Statutes, and under penalties of perjury, I, RICHARD D. HOSKINS, Plaintiff herein, declare that I have read the foregoing and the facts and allegations contained in this Verified Complaint, and I state and confirm that same are true to the best of my knowledge.

Executed on this 25th of August, 2023)



RICHARD D. HOSKINS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Respectfully submitted,

**MYRON E. SIEGEL, P.A.**
*Counsel for Plaintiff*
1055 S. Federal Highway
Hollywood, FL 33020
Telephone 954-703-1619
Facsimile 844-300-0418
myron.siegel@siegelaw.com

By: /s/ Myron E. Siegel
**MYRON E. SIEGEL, ESQ.**
Florida Bar No, 94113

**REPPASLAW**
*Counsel for Plaintiff*
1398 SW 160th Ave Suite 102
Weston, FL 33326
Tel 305.822.8422
eservice@reppaslaw.com

By: /s/ Michael J. Reppas
**MICHAEL J. REPPAS, ESQ.**
Florida Bar No. 124702