Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
CEGSOFI-ONTHEMAP LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L23000205481 |
| **FEI/EIN Number** | 92-3765644 |
| **Date Filed** | 04/26/2023 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 11/15/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

14 WALL STREET
SUITE 2036
NEW YORK, NY 10005

**Mailing Address**

14 WALL STREET
SUITE 2036
NEW YORK, NY 10005

**Registered Agent Name & Address**

BUSINESS FILINGS INCORPORATED
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Registered Agent Resigned: 12/01/2025

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

CEGSOFI- BRIGHTWORKSDIGITAL LLC
14 WALL STREET, SUITE 2036
NEW YORK, NY 10005

Title AMBR

LI, GARY
14 WALL STREET
NEW YORK, NY 10005

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2024 | 03/07/2024 |
| 2025 | 03/10/2025 |

| | |
|---|---|
| 12/01/2025 -- Reg. Agent Resignation | View image in PDF format |
| 03/10/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2024 -- ANNUAL REPORT | View image in PDF format |
| 11/15/2023 -- LC Amendment | View image in PDF format |
| 11/15/2023 -- CORLCAUTH | View image in PDF format |
| 04/26/2023 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations