L23000205481

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _______ Certificates of Status _______

Special Instructions to Filing Officer:

Office Use Only

000462279890

JH 02/23/26

12/01/25--01034--023 **85.00

2025 DEC -1 AM 9:50

# COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** CEGSOFI-ONTHEMAP LLC
Name of Limited Liability Company

**DOCUMENT NUMBER:** L23000205481

The enclosed Resignation of Registered Agent for a Limited Liability Company and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Brenna Lutter
Name of Person

Business Filings Incorporated
Name of Firm/Company

8020 Excelsior Drive Suite 200
Address

Madison, WI 53717
City/State and Zip Code

E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Brenna Lutter at (608) 827-5300
Name of Person / Area Code / Daytime Telephone Number

Enclosed is a check made payable to the Florida Department of State for $85.00 for an active limited liability company or $25.00 for an administratively dissolved, voluntarily dissolved or withdrawn limited liability company.

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# STATEMENT OF RESIGNATION OF REGISTERED AGENT FOR A LIMITED LIABILITY COMPANY

Pursuant to the provisions of section 605.0115, Florida Statutes, the undersigned,

Business Filings Incorporated, hereby resigns as
Name of Registered Agent

Registered Agent for CEGSOFI-ONTHEMAP LLC
Name of Limited Liability Company

L23000205481
Document Number, if known

A copy of this resignation was mailed to the above listed limited liability company at its last known address.

The agency is terminated and the office discontinued on the 31st day after the date on which this statement is filed.

Signature of Resigning Agent

If signing on behalf of an entity:

Brenna Lutter
Typed or Printed Name

Asst Secretary for Business Filings Incorporated
Capacity

**FILING FEES:**
$ 85.00 Active limited liability company
$ 25.00 Administratively dissolved/ voluntarily dissolved/ withdrawn limited liability company

**Make checks payable to Florida Department of State and mail to:**
**Division of Corporations**
**P.O. Box 6327**
**Tallahassee, FL 32314**