UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,

Plaintiff,

vs.

ON THE MAP, INC.
d/b/a ON THE MAP MARKETING,
CLOUD EQUITY GROUP, LLC, and
RICHARD D. HOSKINS,

Defendants.
_________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION TO AUTHORIZE ALTERNATE SERVICE OF AMENDED COMPLAINT[1]**

**THIS CAUSE** came before the Court on Plaintiff Juan-Pablo Mejia's Notice of Intent to File Amended Complaint and Motion to Authorize Alternate Service of Amended Complaint (the "Motion") (DE [30]). The Court, having reviewed the Motion, the supporting exhibits, and the record in this case, and being otherwise duly advised in the premises, finds that: (1) Plaintiff may amend his Complaint once as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B); (2) the alternate-service methods this Court previously authorized for Defendant Cloud Equity Group, LLC in its June 18, 2026 Order (DE [23]) remain reasonably calculated to provide Cloud Equity Group, LLC with constitutionally adequate notice of the Amended Complaint; and (3) Plaintiff has demonstrated an inability to effectuate personal service on putative Defendant CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing ("CEGSOFI") through conventional

[1] The Court adopts the language proposed by Plaintiff with minor alterations.

means, and the proposed alternate methods of service on CEGSOFI are reasonably calculated to provide CEGSOFI with constitutionally adequate notice of this action.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion (DE [30]) is **GRANTED**.

2. Plaintiff shall file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) under separate docket entry by **September 3, 2026.**

3. Plaintiff is authorized to serve Defendant Cloud Equity Group, LLC with the Amended Complaint, summons, and a copy of this Order pursuant to Federal Rules of Civil Procedure 4(h)(1)(A) and 4(e)(1), Florida Statutes § 48.102, and New York Civil Practice Law and Rules § 311-a(b), by the following methods:

   (a) **Email Service**: Plaintiff may serve the Amended Complaint, summons, and a copy of this Order on Cloud Equity Group, LLC by transmitting those documents by email to sfrank@cloudequitygroup.com, the publicly advertised business email address of Sean Frank, Cloud Equity Group, LLC's founder, managing partner, and registered agent;

   (b) **Certified and First-Class Mail**: Plaintiff may serve the Amended Complaint, summons, and a copy of this Order on Cloud Equity Group, LLC by certified mail, return receipt requested, and by first-class U.S. mail to:

      i. Cloud Equity Group, LLC's registered office and address for service of process at 14 Wall Street, 20th Floor, New York, New York 10005; and

ii. The residential address of Cloud Equity Group, LLC's registered agent and managing partner, Sean Frank, at 56 Leonard Street, Unit 21AE, New York, New York 10013; and/or

(c) **Supplemental Service**: If necessary, Plaintiff is authorized to effect supplemental service by posting the Amended Complaint, summons, and this Order at the registered office located at 14 Wall Street, 20th Floor, New York, New York 10005, and/or at 56 Leonard Street, Unit 21AE, New York, New York 10013, together with mailing copies of those documents to the same addresses.

4. Plaintiff is authorized to serve putative Defendant CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing ("CEGSOFI") with the Amended Complaint, summons, and a copy of this Order pursuant to Federal Rules of Civil Procedure 4(h)(1)(A) and 4(e)(1) and Florida Statutes § 48.102, by the following methods:

(a) **Email Service**: Plaintiff may serve the Amended Complaint, summons, and a copy of this Order on CEGSOFI by transmitting those documents by email to:

i. sfrank@cloudequitygroup.com, the email address of Sean Frank, whom Plaintiff understands owns and controls CEGSOFI; and

ii. gli@cloudequitygroup.com, the publicly advertised business email address of Gary Li, an authorized person for CEGSOFI; and/or

(b) **Certified and First-Class Mail**: Plaintiff may serve the Amended Complaint, summons, and a copy of this Order on CEGSOFI by

certified mail, return receipt requested, and by first-class U.S. mail to:

i. CEGSOFI's principal, mailing, and authorized-person address at 14 Wall Street, Suite 2036, New York, New York 10005; and

ii. The residential address of Sean Frank at 56 Leonard Street, Unit 21AE, New York, New York 10013; and/or

(c) **Supplemental Service**: If necessary, Plaintiff is authorized to effect supplemental service by posting the Amended Complaint, summons, and this Order at 14 Wall Street, Suite 2036, New York, New York 10005, and/or at 14 Wall Street, 20th Floor, New York, New York 10005, together with mailing copies of those documents to the same addresses.

5. Service on Cloud Equity Group, LLC and CEGSOFI shall be deemed complete upon Plaintiff's transmission of the authorized email(s) and/or mailing of the authorized service packets pursuant to paragraphs 3 and 4 above.

6. Plaintiff shall file proof of service within seven (7) days of completing service under this Order, including any email transmission confirmations, proof the emails were not returned as undeliverable, certified mail receipts, and/or affidavits of service by mail.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of August 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF