UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,
KALIA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO,

Plaintiffs,

vs.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP MARKETING,
and CLOUD EQUITY GROUP, LLC,

Defendants.
__________________________________/

**PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE**

Plaintiffs, Juan-Pablo Mejia, Kalia Cabello, Brayan Lara, and Anthony Quintero, by and through undersigned counsel, hereby file this Notice of Proof of Service pursuant to the Court's Order Granting Plaintiff's Motion to Authorize Alternate Service of Amended Complaint [ECF No. 31] (the "Order").

In its Order, the Court authorized Plaintiffs to serve Defendant Cloud Equity Group, LLC with the Amended Complaint, summons, and a copy of the Order by email to sfrank@cloudequitygroup.com, and by certified mail, return receipt requested, and first-class U.S. mail to Cloud Equity Group, LLC's registered office and address for service of process at 14 Wall Street, 20th Floor, New York, New York 10005, and to Sean Frank at 56 Leonard Street, Unit 21AE, New York, New York 10013.

The Court further authorized Plaintiffs to serve Defendant CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing ("CEGSOFI") with the Amended Complaint, summons, and a copy of the Order by email to sfrank@cloudequitygroup.com and gli@cloudequitygroup.com, and by certified mail, return receipt requested, and first-class U.S. mail to CEGSOFI's principal, mailing, and authorized-person address at 14 Wall Street, Suite 2036, New York, New York 10005, and to Sean Frank at 56 Leonard Street, Unit 21AE, New York, New York 10013.

Plaintiffs have completed service in accordance with the Court's Order. Specifically, Plaintiffs mailed the authorized service packets by certified mail and first-class U.S. mail, and transmitted the authorized service documents by email to the Court-authorized email addresses.

In support of this Notice, Plaintiffs file the sworn Declaration of the undersigned regarding service pursuant to the Court's Order, attached as Exhibit "1." The Declaration attaches the following supporting proof-of-service materials:

1. Certified mail service packet to Cloud Equity Group, LLC, including certified mail receipt;
2. USPS tracking for the certified mail sent to Cloud Equity Group, LLC;
3. Certified mail service packet to CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing, including certified mail receipt;
4. USPS tracking for the certified mail sent to CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing;
5. Certified mail service packet to the residential address of Sean Frank, including certified mail receipt;
6. Email transmission from the undersigned to sfrank@cloudequitygroup.com and gli@cloudequitygroup.com attaching the Amended Complaint, summonses, and the Court's Order; and
7. Email delivery confirmation(s) and/or proof that the emails were not returned as undeliverable.

Pursuant to paragraph 5 of the Court's Order, service on Cloud Equity Group, LLC and CEGSOFI is deemed complete upon Plaintiffs' transmission of the authorized email(s) and/or mailing of the authorized service packets pursuant to paragraphs 3 and 4 of the Order. Accordingly, Plaintiffs respectfully give notice that service of process on Defendants Cloud Equity Group, LLC and CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing has been completed pursuant to the Court's Order.

Respectfully submitted this 8th day of October 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*