UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,
KALIA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO,

Plaintiffs,

vs.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP MARKETING,
and CLOUD EQUITY GROUP, LLC,

Defendants.
_______________________________/

**DECLARATION OF PATRICK BROOKS LAROU, ESQ.**
**REGARDING SERVICE OF AMENDED COMPLAINT**

I, Patrick Brooks LaRou, Esq., make the following declaration pursuant to 28 U.S.C. 1746 and declare as follows:

1. I am counsel for Plaintiffs Juan-Pablo Mejia, Kalia Cabello, Brayan Lara, and Anthony Quintero in the above-captioned action. I am over the age of eighteen and have personal knowledge of the matters stated in this Declaration.

2. On August 31, 2026, the Court entered its Order Granting Plaintiff's Motion to Authorize Alternate Service of Amended Complaint [ECF No. 31] (the "Order").

3. The Order authorized Plaintiffs to serve Defendant Cloud Equity Group, LLC with the Amended Complaint, summons, and a copy of the Order by transmitting those documents by email to sfrank@cloudequitygroup.com.

4. The Order also authorized Plaintiffs to serve Defendant Cloud Equity Group, LLC with the Amended Complaint, summons, and a copy of the Order by certified mail, return receipt requested, and by first-class U.S. mail to Cloud Equity Group, LLC's registered office and address for service of process at 14 Wall Street, 20th Floor, New York, New York 10005, and to Sean Frank, Cloud Equity Group, LLC's registered agent and managing partner, at 56 Leonard Street, Unit 21AE, New York, New York 10013.

5. The Order further authorized Plaintiffs to serve Defendant CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing ("CEGSOFI") with the Amended Complaint, summons, and a copy of the Order by transmitting those documents by email to sfrank@cloudequitygroup.com and gli@cloudequitygroup.com.

6. The Order also authorized Plaintiffs to serve CEGSOFI with the Amended Complaint, summons, and a copy of the Order by certified mail, return receipt requested, and by first-class U.S. mail to CEGSOFI's principal, mailing, and authorized-person address at 14 Wall Street, Suite 2036, New York, New York 10005, and to Sean Frank at 56 Leonard Street, Unit 21AE, New York, New York 10013.

7. On September 8, 2026, the office of the undersigned mailed a service packet containing the summons, Amended Complaint, and the Court's Order to Cloud Equity Group, LLC at 14 Wall Street, 20th Floor, New York, New York 10005, by certified mail and by first-class U.S. mail. The certified-mail tracking number for this mailing was 9589 0710 5270 4375 5213 03. A true and correct copy of the service packet and certified-mail receipt is attached as Exhibit "A."

8. USPS tracking for the certified mailing to Cloud Equity Group, LLC, tracking number 9589 0710 5270 4375 5213 03, reflects that the mailing was delivered to the front desk,

reception area, or mail room in New York, New York 10005 on September 21, 2026 at 2:29 p.m. A true and correct copy of the USPS tracking information is attached as Exhibit "B."

9. On September 8, 2026, the office of the undersigned mailed a service packet containing the summons, Amended Complaint, and the Court's Order to CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing at 14 Wall Street, Suite 2036, New York, New York 10005, by certified mail and by first-class U.S. mail. The certified-mail tracking number for this mailing was 9589 0710 5270 4375 5213 10. A true and correct copy of the service packet and certified-mail receipt is attached as Exhibit "C."

10. USPS tracking for the certified mailing to CEGSOFI, tracking number 9589 0710 5270 4375 5213 10, reflects that the mailing was delivered to the front desk, reception area, or mail room in New York, New York 10005 on September 21, 2026 at 2:29 p.m. A true and correct copy of the USPS tracking information is attached as Exhibit "D."

11. On September 8, 2026, the office of the undersigned mailed a service packet containing the summons, Amended Complaint, and the Court's Order to Sean Frank at 56 Leonard Street, Unit 21AE, New York, New York 10013, by certified mail and by first-class U.S. mail. The certified-mail tracking number for this mailing was 9589 0710 5270 4375 5213 27. A true and correct copy of the service packet and certified-mail receipt is attached as Exhibit "E."

12. On October 5, 2026, at approximately 4:50 p.m., I transmitted an email to sfrank@cloudequitygroup.com and gli@cloudequitygroup.com with the subject line "SERVICE OF COURT DOCUMENT – Mejia, et al. vs. CEGSOFI-ONTHEMAP LLC and Cloud Equity Group, LLC." The email attached and transmitted the Amended Complaint, summonses, and the Court's Order. A true and correct copy of the email transmission is attached as Exhibit "F."

13. The email delivery confirmation reflects that the email to sfrank@cloudequitygroup.com and gli@cloudequitygroup.com was delivered on October 5, 2026, at 4:50 p.m. A true and correct copy of the email delivery confirmation(s) is attached as Exhibit "G."

14. To date, neither email has been returned as undeliverable. The email delivery confirmation reflects that the email was opened by Sean Frank on October 5, 2026 at 11:01 p.m. *See* Exhibit "G." And shortly after sending the email, the undersigned received an automatic email reply from Gary Li on October 5, 2026 at 4:51 p.m., which is attached as Exhibit "H."

15. The service described above was completed pursuant to the Court's Order Granting Plaintiff's Motion to Authorize Alternate Service of Amended Complaint [ECF No. 31].

**DECLARATION**

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By: ______________________________
PATRICK BROOKS LAROU, ESQ.

October 8, 2026
DATE