ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, TROPICAL WEATHER IN HAWAII,...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704375521303

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:29 pm on September 21, 2026 in NEW YORK, NY 10005.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10005
September 21, 2026 2:29 PM

**Redelivery Scheduled for Next Business Day**

NEW YORK, NY 10005
September 19, 2026 7:55 AM

**Redelivery Scheduled for Next Business Day**

NEW YORK, NY 10005
September 19, 2026 7:40 AM

**Arrived at USPS Facility**

OPA LOCKA FL DISTRIBUTION CENTER
September 10, 2026 11:14 AM

**Hide Tracking History**

Feedback

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**