FairLawFirm

Brooks LaRou <brooks@fairlawattorney.com>

# SERVICE OF COURT DOCUMENT - Mejia, et al. vs. CEGSOFI-ONTHEMAP LLC and Cloud Equity Group, LLC

1 message

**Brooks LaRou** <brooks@fairlawattorney.com> Mon, Oct 5, 2026 at 4:50 PM
To: sfrank@cloudequitygroup.com, gli@cloudequitygroup.com
Cc: Brian Pollock <brian@fairlawattorney.com>, Juan Aragon <juan@fairlawattorney.com>

| | |
|---|---|
| Court Identity: | **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** |
| Case No. | 1:26-cv-20744-AHS |
| Plaintiff(s): | Juan-Pablo Mejia, Kalia Cabello, Brayan Lara, and Anthony Quintero |
| Defendant(s): | CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing and Cloud Equity Group, LLC |
| Document being served: | 1. Summons in a Civil Action - Cloud Equity Group, LLC<br>2. Summons in a Civil Action - CEGSOFI-ONTHEMAP LLC<br>3. Amended Complaint<br>4. Order Granting Plaintiff's Motion to Authorize Alternate Service of Amended Complaint |
| Sender's name: | P. Brooks LaRou, Esq. |

Mr. Frank and Mr. Li,

Please find attached the Summonses, Amended Complaint, and the Court's Order Granting Plaintiff's Motion to Authorize Alternate Service of Amended Complaint in the above-referenced action.

This email is transmitted pursuant to the Court's September 1, 2026 Order authorizing alternate service upon Cloud Equity Group, LLC and CEGSOFI-ONTHEMAP LLC.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

**4 attachments**

**Summons - CEFSOFI-ONTHEMAP LLC.pdf**
48K

**Summons - Cloud Equity Group, LLC.pdf**
738K

**31 Order GR [30] P's Mot to Authorize Alternative Service (J. Mejia).pdf**
167K

**32 AMENDED COMPLAINT (J. Mejia).pdf**
131K