**Email Delivery Certificate generated by Mailsuite**

| | |
|---|---|
| **From** | Brooks LaRou <brooks@fairlawattorney.com> |
| **Subject** | SERVICE OF COURT DOCUMENT - Mejia, et al. vs. CEGSOFI-ONTHEMAP LLC and Cloud Equity Group, LLC |
| **Message ID** | <4b4bd5fb-40c0-5cf6-2351-7d7c46dd7f9d@fairlawattorney.com> |
| **Delivered on** | 5 Oct, 2026 at 4:50 PM |
| **Delivered to** | <sfrank@cloudequitygroup.com>, <gli@cloudequitygroup.com>, Brian Pollock <brian@fairlawattorney.com>, Juan Aragon <juan@fairlawattorney.com> |

## Tracking history

**Opened** on 5 Oct, 2026 at 11:51 PM by Brian Pollock

**Opened** on 5 Oct, 2026 at 11:01 PM by sfrank@cloudequitygroup.com

**Opened** on 5 Oct, 2026 at 5:44 PM by Brian Pollock

**Opened** on 5 Oct, 2026 at 5:43 PM by Brian Pollock

**Opened** on 5 Oct, 2026 at 5:06 PM by Brian Pollock



Mailsuite

2026 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España