FairLawFirm

Brooks LaRou <brooks@fairlawattorney.com>

## Automatic reply: SERVICE OF COURT DOCUMENT - Mejia, et al. vs. CEGSOFI-ONTHEMAP LLC and Cloud Equity Group, LLC

1 message

**Gary Li, CFA** <gli@cloudequitygroup.com> Mon, Oct 5, 2026 at 4:51 PM
To: Brooks LaRou <brooks@fairlawattorney.com>

Hello,

Thank you for your email. I am out of the office on paternity leave. For immediate assistance, please e-mail vtorres@cloudequitygroup.com

Best regards,

Gary