UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,
KALIA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO,

Plaintiffs,

vs.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP MARKETING,
and CLOUD EQUITY GROUP, LLC,

Defendants.
_________________________________/

**CLERK'S DEFAULT**

It appearing that Defendants, CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing and Cloud Equity Group, LLC, have failed to plead or otherwise defend against the Amended Complaint [ECF No. 32] within the time required by law, default is hereby entered against Defendants, CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing and Cloud Equity Group, LLC, pursuant to Federal Rule of Civil Procedure 55(a), on this ______ day of ____________________, 2026.

**ANGELA E. NOBLE**
CLERK OF COURT

By:______________________
Deputy Clerk