UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,
KALIA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO,

Plaintiffs,

vs.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP MARKETING,
and CLOUD EQUITY GROUP, LLC,

Defendants.
_________________________________/

**PLAINTIFFS' NOTICE OF NO PENDING, REFILED, RELATED OR SIMILAR ACTION(S)**

Plaintiffs, Juan-Pablo Mejia, Kalia Cabello, Brayan Lara, and Anthony Quintero, by and through undersigned counsel and pursuant to S.D. Fla. Local Rule 3.8, hereby notify the Court and all parties that, to the best of counsel's knowledge after reasonable inquiry, there are no pending, refiled, related, or similar actions, including any actions before another court or administrative agency. Plaintiffs will promptly supplement this Notice should they become aware of any such action.

Respectfully submitted this 27th day of October 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*