UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,
KALIA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO,

Plaintiffs,

vs.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP MARKETING,
and CLOUD EQUITY GROUP, LLC,

Defendants.
________________________________/

**PLAINTIFFS' AMENDED CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs, Juan-Pablo Mejia, Kalia Cabello, Brayan Lara, and Anthony Quintero, identify the following persons and entities with an interest in the outcome of this action, as follows:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

a) Juan-Pablo Mejia – Plaintiff;

b) Kalia Cabello – Plaintiff;

c) Brayan Lara – Plaintiff;

d) Anthony Quintero – Plaintiff;

e) Brian H. Pollock, Esq. – counsel for Plaintiffs;

f) P. Brooks LaRou, Esq. – counsel for Plaintiffs;

g) Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiffs;

h) Lowell J. Kuvin, Esq. – co-counsel for Plaintiff Kalia Cabello;

i) Law Office of Lowell J. Kuvin, LLC – co-counsel for Plaintiff Kalia Cabello;

j) CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing – Defendant;

k) Cloud Equity Group, LLC – Defendant; and

l) Sean Frank – owner and managing member of Defendants.

**2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known to Plaintiffs.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known to Plaintiffs.

**4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Plaintiffs, Juan-Pablo Mejia, Kalia Cabello, Brayan Lara, and Anthony Quintero.

**5. Check one of the following:**

_X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted this 27th day of October 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*