UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20744-CIV-SINGHAL

JUAN-PABLO MEJIA,
KALIA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO,

Plaintiffs,

v.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP MARKETING,
and CLOUD EQUITY GROUP, LLC,

Defendants.
_______________________________________________/

**ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE**

THIS CAUSE came before the Court upon the Clerk's entries of default (DE [39]). Upon review of the record, it appears that Defendants have failed to respond to the Amended Complaint or otherwise appear in this action. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff must file a Motion for Default Final Judgment by November 25, 2026. The Motion for Default Final Judgment must include affidavits of any sums certain due by Defendants, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The Motion shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b), if applicable; (2) a proposed order; and (3) a proposed final judgment. (These last two are required by Local Rule 7.1(a)(2)). Pursuant to the CM/ECF Administrative Procedures, the proposed orders shall be submitted to the Court by e-mail

in Word format at singhal@flsd.uscourts.gov. Plaintiff shall send a copy of the Motion to Defendants' attorney(s) or to Defendants if they are unrepresented. In the certificate of service, Plaintiff shall indicate that notices were sent and the addresses where each notice was sent.

If Defendants fail to move to set aside the Clerk's defaults or respond to the Motion for Default Final Judgment within the time permitted by the Rules, default final judgment may be entered, which, simply put, means that Plaintiff may be able to take Defendants' property or money, and/or obtain other relief against Defendants.

**Plaintiff's failure to file for a Motion for Default Final Judgment within the specified time will result in a dismissal without prejudice**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of November 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF