**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JUAN-PABLO MEJIA,
KAILA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO

CASE NO: 1:26-cv-20744-AHS

*Plaintiffs*,

v.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP
MARKETING, and
CLOUD EQUITY GROUP, LLC,

*Defendants*.
_____________________________________________/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** attorneys Arturo A. Arca, Esq. and William Bolinger, Esq. of the Trembly Law Firm, who are permitted to practice in this District, hereby appear as counsel of record on behalf of the Defendants, CEGSOFI-ONTHEMAP LLC, d/b/a ON THE MAP MARKETING and CLOUD EQUITY GROUP, LLC. Please direct all notices, correspondence, pleadings, etc., to:

**TREMBLY LAW FIRM**
9700 S. Dixie Highway, PH 1100
Miami, Florida 33156
Primary E-mail: arturo@tremblylaw.com
Secondary E-mail: wbolinger@tremblylaw.com
service@tremblylaw.com

**Dated:** November 18, 2026

Respectfully submitted,

**TREMBLY LAW FIRM**
*Counsel for Defendants*
9700 South Dixie Highway, PH 1100
Miami, Florida 33156
Telephone: (305) 431-5678
E-Mail: arturo@tremblylaw.com
E-Mail: wbolinger@tremblylaw.com
E-Mail: service@tremblylaw.com

By: *_/s/ Arturo Arca_*
**Arturo A. Arca, Esq.**
Florida Bar No. 63354

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve all counsel of record registered to receive electronic notices.

*_/s/ Arturo Arca_*
**Arturo A. Arca, Esq.**