UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,
KALIA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO,

Plaintiffs,

vs.

CEGSOFI-ONTHEMAP LLC
D/B/A ON THE MAP
MARKETING, and
CLOUD EQUITY GROUP, LLC,

Defendants.
______________________________/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT FINAL JUDGMENT**

Plaintiffs, Juan-Pablo Mejia, Kalia Cabello, Brayan Lara, and Anthony Quintero, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), Local Rule 7.1, and other applicable Rules and laws, request that the Court extend their deadline to file a Motion for Default Final Judgment based on the following good cause:

## I. Relevant Procedural History

1. On February 4, 2026, Plaintiff Juan-Pablo Mejia filed his Complaint in this action. [ECF No. 1].

2. On August 31, 2026, the Court authorized Plaintiffs to file an Amended Complaint and to serve Defendants by alternate means. [ECF No. 31]. Plaintiffs filed their Amended

Complaint against Defendants, CEGSOFI-ONTHEMAP LLC d/b/a On The Map Marketing and Cloud Equity Group, LLC (collectively, "Defendants"), on September 3, 2026. [ECF No. 32].

3. Service on each Defendant was complete no later than October 5, 2026, and Plaintiffs filed their Notice of Filing Proof of Service on October 8, 2026. [ECF No. 35].

4. After Defendants failed to respond to the Amended Complaint, the Clerk entered default against both Defendants on October 27, 2026. [ECF Nos. 36, 39].

5. On November 4, 2026, the Court entered its Order on Default Final Judgment Procedure [ECF No. 40], directing Plaintiffs to file a Motion for Default Final Judgment by November 25, 2026.

6. On November 18, 2026, Arturo A. Arca, Esq. and William Bolinger, Esq. of the Trembly Law Firm appeared as counsel for Defendants. [ECF No. 41].

7. Immediately following defense counsel's appearance in this case, Plaintiffs' undersigned counsel conferred with defense counsel, who represented that Defendants wish to resolve this case through settlement.

8. Accordingly, Plaintiffs respectfully request a brief two-week extension of their deadline to file a Motion for Default Final Judgment, from November 25, 2026 to December 9, 2026, to allow the parties sufficient time to pursue settlement negotiations.

## II. Good Cause for Extension

9. Good cause exists to extend Plaintiffs' deadline to file their Motion for Default Final Judgment.

10. Defendants did not appear in this action until November 18, 2026, two weeks after the Court entered its Order on Default Final Judgment Procedure and only one week before

Plaintiffs' current deadline. Since that appearance, the parties have begun discussing a resolution of this case, and Defendants have expressed that they wish to settle.

11. The requested extension will allow the parties to devote their efforts to settlement negotiations, which may resolve this case without the need for a Motion for Default Final Judgment and the supporting affidavits and damages calculations required by the Court's Order, thereby conserving the resources of the parties and the Court.

12. The requested extension is modest, is unopposed by Defendants, will not prejudice any party, and will not otherwise interfere with the orderly progress of this case.

## III. Legal Basis and Requested Relief

13. Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time ... if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1).

14. The requested extension is supported by good cause. Defendants' counsel appeared only recently, and the parties require a brief period to determine whether this case can be resolved through settlement before Plaintiffs file their Motion for Default Final Judgment.

15. Courts have long recognized their inherent authority to manage their dockets "with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997).

16. This Motion is filed before the expiration of Plaintiffs' current deadline to file their Motion for Default Final Judgment.

17. Accordingly, Plaintiffs respectfully request that this Court extend their deadline to file a Motion for Default Final Judgment from November 25, 2026 to December 9, 2026, and grant such other and further relief as the Court deems just and proper.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he has conferred in good faith with counsel for Defendants regarding the relief requested in this Motion and that Defendants do not oppose the relief requested herein.

Respectfully submitted this 23rd day of November 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave, Suite 770
Coral Gables, FL 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*