UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-CV-20744-SINGHAL/STRAUSS

JUAN-PABLO MEJIA,
KALIA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO,

Plaintiffs,

vs.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP MARKETING,
and CLOUD EQUITY GROUP, LLC,

Defendants.

___________________________________/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT FINAL JUDGMENT**

THIS CAUSE came before the Court on Plaintiffs' Unopposed Motion for Extension of Time to File Motion for Default Final Judgment [ECF No. 42] (the "Motion"). The Court, having reviewed the Motion, the record in this case, and being otherwise duly advised in the premises, finds that Plaintiffs have demonstrated good cause for the requested extension under Federal Rule of Civil Procedure 6(b)(1), and notes that the Motion is unopposed. It is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. Plaintiffs shall file their Motion for Default Final Judgment, in compliance with the Court's Order on Default Final Judgment Procedure [ECF No. 40], on or before December 9, 2026.

3. All other provisions of the Court's Order on Default Final Judgment Procedure [ECF No. 40] remain in full force and effect.

DONE AND ORDERED in Chambers, Miami, Florida, this ____ day of ____________, 2026.

________________________________
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to:
Designated U.S. Magistrate Judge
Counsel of record by CM/ECF