**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 1:26-cv-20744-AHS

JUAN-PABLO MEJIA,
KAILA CABELLO,
BRAYAN LARA, and
ANTHONY QUINTERO

*Plaintiffs*,

v.

CEGSOFI-ONTHEMAP LLC
d/b/a ON THE MAP
MARKETING, and
CLOUD EQUITY GROUP, LLC,

*Defendants*.
______________________________________/

**ORDER GRANTING DEFENDANTS' MOTION TO SET ASIDE CLERK'S DEFAULT AND VACATE ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE**

THIS CAUSE came before the Court on the Defendant, CLOUD EQUITY GROUP, LLC Motion to Set Aside the Clerk's Default and Vacate the Order on Default Final Judgment Procedure, [DE 44] The Court, having reviewed the Motion, the supporting exhibits, and the record in this case, and being otherwise duly advised in the premises, finds that: (1) the Clerk's Entry of Default as to Cloud Equity was improperly entered; (2) Plaintiff was not authorized to file a Second Amended Complaint; (3) Plaintiff filed its Second Amended Complaint on September 3, 2026; (4) the Second Amended Complaint asserts new claims for relief against the Defendant; and (5) Plaintiffs must attempt "Rule 4" service of process of the Second Amended Complaint upon the Defendant before seeking leave for alternative means of service.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Clerk's Default against Defendant CLOUD EQUITY is hereby SET ASIDE AND VACATED.

2. The Order on Default Final Judgment Procedure is hereby VACATED to the extent that it affected Defendant CLOUD EQUITY GROUP.

3. Prior-made Service of Process upon Defendant CLOUD EQUITY GROUP is hereby QUASHED.

4. Plaintiff shall have 21 days from the date of entry of this Order to perfect service of process of its Second Amended Complaint upon Defendant CLOUD EQUITY GROUP, via personal service.

5. Plaintiff's failure to perfect service upon Defendant CLOUD EQUITY GROUP, and to file proof of the same, within 21 days of the date of this Order, will result in a dismissal without prejudice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this __th day of ____2026.

______________________________________

RAAG SINGHAL

UNITED STATES DISTRICT JUDGE